ORIGINAL

1 | JOSEPH E. THOMAS (State Bar No. 101443)
BRIAN G. ARNOLD (State Bar No. 186007)
2 | WILLIAM J. KOLEGRAFF (State Bar No. 183861)
**THOMAS WHITELAW & TYLER LLP**
3 | 18101 Von Karman Avenue, Suite 230
Irvine, California  92612-7132
4 | Telephone:     (949) 679-6400
Facsimile:     (949) 679-6405
5

Attorneys for ILLINOIS TOOL WORKS INC.,
6 | DBA WYNN'S, a Delaware corporation

7



8 |                        UNITED STATES DISTRICT COURT

9 |                       SOUTHERN DISTRICT OF CALIFORNIA

10

11 | ILLINOIS TOOL WORKS INC., DBA
WYNN'S, a Delaware corporation,

CASE NO. **09 CV 1 887**      MMA JMA

12 |                    Plaintiff,

**COMPLAINT FOR INFRINGEMENT OF
U.S. PATENT NOS. 5,806,629; 6,112,855,
AND 6,073,638**

13 |          vs.

14 | MOC PRODUCTS COMPANY, INC., a
15 | California corporation,

**[Demand for Jury Trial]**

16 |                    Defendant.

17

18

19

20

21

22

23

24

25

26

27

28

69972

For its complaint against MOC PRODUCTS COMPANY, INC., a California corporation ("MOC"), Plaintiff ILLINOIS TOOL WORKS INC., DBA WYNN'S, a Delaware corporation ("Wynn's") alleges as follows:

## THE PARTIES

1.     Plaintiff ILLINOIS TOOL WORKS INC., DBA WYNN'S is a corporation organized and existing under the laws of the State of Delaware, and has its principal place of business at 3600 West Lake Ave., Glenview, Illinois.

2.     Defendant MOC PRODUCTS COMPANY, INC. is a corporation duly organized and existing under the laws of the State of California with its principal place of business located in the City of Los Angeles, California.

## JURISDICTION AND VENUE

3.     This is a civil action arising in part under laws of the United States relating to patents (35 U.S.C. §§ 1 *et seq.*).  This Court has subject matter jurisdiction of such federal question claims pursuant to 28 U.S.C. §§ 1331 and 1338(a).  This Court has personal jurisdiction over MOC because MOC has established minimum contacts with the forum and the exercise of jurisdiction over MOC would not offend traditional notions of fair play and substantial justice.  On information and belief, MOC has voluntarily conducted business and solicited customers throughout this district.  On information and belief, MOC advertises, markets, sells and distributes infringing products in this district and/or contributes to infringement or induces others to infringe.  In addition, on information and belief, Defendant MOC's acts of willful patent infringement arose out of transactions and occurrences that originated in this district.

4.     Venue is proper under 28 U.S.C. §§ 1391(b), 1391(c) and 1400(a), because MOC is subject to personal jurisdiction in this district, and because MOC has committed acts of infringement in this district.  On information and belief, MOC has voluntarily conducted business and solicited customers throughout this district.  On information and belief, MOC advertises, markets, sells and distributes infringing products in this district and/or contributes to infringement or induces others to infringe.  In addition, on information and belief, Defendant MOC's acts of willful patent infringement arose out of transactions and occurrences that originated in this district.

69972

1

**CLAIM FOR RELIEF NO. ONE**

**INFRINGEMENT OF U.S. PATENT NO. 5,806,629**

5.    Plaintiff incorporates by reference the preceding allegations of this Complaint as though fully set forth herein.

6.    Plaintiff is the owner of U.S. Patent No. 5,806,629 (the "'629 Patent") which was duly granted by the United States Patent and Trademark Office on September 15, 1998. A true and correct copy of the '629 Patent is attached hereto as Exhibit 1.

7.    Defendant MOC has infringed and continues to infringe the '629 Patent by making, using, selling, or offering to sell in the United States, products, devices or methods that embody or otherwise practice one or more of the claims of the '629 Patent, literally and/or pursuant to the Doctrine of Equivalents, and/or by otherwise contributing to infringement or inducing others to infringe the '629 Patent. The infringing products, devices, or methods include, but are not limited to, MOC's manufacture, use, offers for sale and sale of the MOC ATF Exchanger machines.

8.    Defendant MOC's infringement of the '629 Patent is, and has been, willful and deliberate.

9.    As a direct and proximate result of Defendant MOC's infringement of the '629 Patent, Plaintiff has been and continues to be damaged in an amount to be proven at trial.

10.    Defendant MOC's infringement is ongoing and has caused, and, unless enjoined and restrained by this Court, will continue to cause Plaintiff great and irreparable injury to, among other things, Plaintiff's good will, business reputation, and market share. Plaintiff is therefore entitled to injunctive relief enjoining and restraining Defendant MOC, and its respective officers, agents, servants, and employees, and all persons acting in concert with them, and each of them, from further infringement of the '629 Patent.

**CLAIM FOR RELIEF NO. TWO**

**INFRINGEMENT OF U.S. PATENT NO. 6,112,855**

11.    Plaintiff incorporates by reference the preceding allegations of this Complaint as though fully set forth herein.

12.    Plaintiff is the owner of U.S. Patent No. 6,112,855 (the "'855 Patent") which was

1 duly granted by the United States Patent and Trademark Office on September 5, 2000. A true and

2 correct copy of the '855 Patent is attached hereto as Exhibit 2.

3        13.    Defendant MOC has infringed and continues to infringe the '855 Patent by making,

4 using, selling, or offering to sell in the United States, products, devices or methods that embody or

5 otherwise practice one or more of the claims of the '855 Patent, literally and/or pursuant to the

6 Doctrine of Equivalents, and/or by otherwise contributing to infringement or inducing others to

7 infringe the '855 Patent. The infringing products, devices, or methods include, but are not limited

8 to, MOC's manufacture, use, offer for sale and sale of the MOC ATF Exchanger machines and

9 adapter kits for the MOC ATF Exchanger machines.

10       14.    Defendant MOC's infringement of the '855 Patent is, and has been, willful and

11 deliberate.

12       15.    As a direct and proximate result of Defendant MOC's infringement of the '855

13 Patent, Plaintiff has been and continues to be damaged in an amount to be proven at trial.

14       16.    Defendant MOC's infringement is ongoing and has caused, and, unless enjoined

15 and restrained by this Court, will continue to cause Plaintiff great and irreparable injury to, among

16 other things, Plaintiff's good will, business reputation, and market share. Plaintiff is therefore

17 entitled to injunctive relief enjoining and restraining Defendant MOC, and its respective officers,

18 agents, servants, and employees, and all persons acting in concert with them, and each of them,

19 from further infringement of the '855 Patent.

20              **CLAIM FOR RELIEF NO. THREE**

21          **INFRINGEMENT OF U.S. PATENT NO. 6,073,638**

22       17.    Plaintiff incorporates by reference the preceding allegations of this Complaint as

23 though fully set forth herein.

24       18.    Plaintiff is the owner of U.S. Patent No. 6,073,638 (the "'638 Patent") which was

25 duly granted by the United States Patent and Trademark Office on June 13, 2000. A true and

26 correct copy of the '638 Patent is attached hereto as Exhibit 3.

27       19.    Defendant MOC has infringed and continues to infringe the '638 Patent by making,

28 using, selling, or offering to sell in the United States, products, devices or methods that embody or

69972

3

COMPLAINT FOR INFRINGEMENT OF U.S. PATENT NOS. 5,806,629; 6,112,855, AND 6,073,638

1  otherwise practice one or more of the claims of the '638 Patent, literally and/or pursuant to the

2  Doctrine of Equivalents, and/or by otherwise contributing to infringement or inducing others to

3  infringe the '638 Patent. The infringing products, devices, or methods include, but are not limited

4  to, MOC's manufacture, use, offer for sale and sale of MOC Universal Induction Tool.

5      20.    Defendant MOC's infringement of the '638 Patent is, and has been, willful and

6  deliberate.

7      21.    As a direct and proximate result of Defendant MOC's infringement of the '638

8  Patent, Plaintiff has been and continues to be damaged in an amount to be proven at trial.

9      22.    Defendant MOC's infringement is ongoing and has caused, and, unless enjoined

10  and restrained by this Court, will continue to cause Plaintiff great and irreparable injury to, among

11  other things, Plaintiff's good will, business reputation, and market share. Plaintiff is therefore

12  entitled to injunctive relief enjoining and restraining Defendant MOC, and its respective officers,

13  agents, servants, and employees, and all persons acting in concert with them, and each of them,

14  from further infringement of the '638 Patent.

15                              **PRAYER FOR RELIEF**

16      WHEREFORE, Plaintiff prays for judgment against Defendant as follows:

17      (1)    for a judicial determination and declaration that Defendant has infringed the '629

18              Patent;

19      (2)    for a judicial determination and decree that Defendant's infringement of the '629

20              Patent has been willful;

21      (3)    for damages resulting from Defendant's infringement of the '629 Patent, and the

22              trebling of such damages because of the willful and deliberate nature of

23              Defendant's infringement;

24      (4)    for injunctive relief enjoining against further infringement of the '629 Patent by

25              Defendant, its officers, directors, shareholders, agents, servants, employees, and all

26              other entities and individuals acting in concert with them or on their behalf;

27      (5)    for a judicial determination and declaration that Defendant has infringed the '855

28              Patent;

69972                                    4

COMPLAINT FOR INFRINGEMENT OF U.S. PATENT NOS. 5,806,629; 6,112,855, AND 6,073,638

(6)    for a judicial determination and decree that Defendant's infringement of the '855 Patent has been willful;

(7)    for damages resulting from Defendant's infringement of the '855 Patent, and the trebling of such damages because of the willful and deliberate nature of Defendant's infringement;

(8)    for injunctive relief enjoining against further infringement of the '855 Patent by Defendant, its officers, directors, shareholders, agents, servants, employees, and all other entities and individuals acting in concert with them or on their behalf;

(9)    for a judicial determination and declaration that Defendant has infringed the '638 Patent;

(10)    for a judicial determination and decree that Defendant's infringement of the '638 Patent has been willful;

(11)    for damages resulting from Defendant's infringement of the '638 Patent, and the trebling of such damages because of the willful and deliberate nature of Defendant's infringement;

(12)    for injunctive relief enjoining against further infringement of the '638 Patent by Defendant, its officers, directors, shareholders, agents, servants, employees, and all other entities and individuals acting in concert with them or on their behalf;

(13)    for an assessment of prejudgment interest on damages;

(14)    for a declaration that this is an exceptional case under 35 U.S.C. § 285 and for an award of attorneys' fees and costs in this action;

///
///
///
///
///
///
///

1 | and for such other and further relief as the Court deems just and equitable.

2

3 | DATED: August 28, 2009

THOMAS WHITELAW & TYLER LLP

4

5 | By: _____

6 | JOSEPH E. THOMAS
BRIAN G. ARNOLD

7 | WILLIAM J. KOLEGRAFF
Attorneys for ILLINOIS TOOL WORKS INC.,

8 | DBA WYNN'S, a Delaware corporation

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

## DEMAND FOR JURY TRIAL

Plaintiff hereby demands a trial by jury of any issue triable by right of a jury pursuant to Rule 38 of the Federal Rules of Civil Procedure.

DATED: August 28, 2009              THOMAS WHITELAW & TYLER LLP


By: _____
    JOSEPH E. THOMAS
    BRIAN G. ARNOLD
    WILLIAM J. KOLEGRAFF
    Attorneys for ILLINOIS TOOL WORKS INC.,
    DBA WYNN'S, a Delaware corporation

69972

7

1

## **TABLE OF CONTENTS OF EXHIBITS**

2    1.    Exhibit 1:  U.S. Patent No. 5,806,629

3    2.    Exhibit 2:  U.S. Patent No. 6,112,855

4    3.    Exhibit 3:  U.S. Patent No. 6,073,638

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

69972

COMPLAINT FOR INFRINGEMENT OF U.S. PATENT NOS. 5,806,629; 6,112,855, AND 6,073,638

**EXHIBIT 1**

# EXHIBIT 1

US005806629A

# United States Patent [19]

## Dixon et al.

[11] **Patent Number:** 5,806,629

[45] **Date of Patent:** Sep. 15, 1998

[54] **APPARATUS AND METHOD FOR SERVICE OF AN AUTOMOTIVE AUTOMATIC TRANSMISSION**

[75] Inventors: **Patrick Lewis Dixon**, San Dimas, Calif.; **Todd Michael Rounds**, Orlando, Fla.; **Michael Joseph Camacho**, Rancho Cucamonga, Calif.

[73] Assignee: **Wynn Oil Company**, Azusa, Calif.

[21] Appl. No.: **816,486**

[22] Filed: **Mar. 13, 1997**

[51] Int. Cl.⁶ ........................................ F16C 3/14
[52] U.S. Cl. ................................. 184/1.5; 141/98
[58] Field of Search .................................... 184/1.5, 6.12; 141/98

[56] **References Cited**

### U.S. PATENT DOCUMENTS

| | | |
|---|---|---|
| 3,513,941 | 5/1970 | Becnel . |
| 5,203,429 | 4/1993 | Zager . |
| 5,209,198 | 5/1993 | Bedi . |
| 5,242,032 | 9/1993 | Prestwood et al. . |
| 5,291,968 | 3/1994 | Brown . |
| 5,318,080 | 6/1994 | Viken . |
| 5,318,700 | 6/1994 | Dixon et al. . |
| 5,337,708 | 8/1994 | Chen . |
| 5,361,870 | 11/1994 | Courcy . |

| | | |
|---|---|---|
| 5,370,160 | 12/1994 | Parker . |
| 5,415,247 | 5/1995 | Knorr ......................................... 184/1.5 |
| 5,427,202 | 6/1995 | Behring et al. . |
| 5,447,184 | 9/1995 | Betancourt . |
| 5,472,064 | 12/1995 | Viken . |
| 5,495,916 | 3/1996 | DiMatteo . |
| 5,522,474 | 6/1996 | Burman . |
| 5,535,849 | 7/1996 | Few ........................................... 184/1.5 |
| 5,546,999 | 8/1996 | Parker . |
| 5,562,181 | 10/1996 | Elkin et al. . |
| 5,586,583 | 12/1996 | Edwards et al. . |

*Primary Examiner*—Thomas E. Denion
*Attorney, Agent, or Firm*—Terry L. Miller

[57] **ABSTRACT**

A fail-safe transmission service machine allows old ATF to be pumped out of a transmission while the vehicle engine runs, and responsively pumps a matching volume of new ATF into the transmission so that dry running of the transmission can not occur. If the supply of new ATF runs out or if power to the service machine is interrupted, the machine reverts to closed loop fluid circulation for the transmission. A hydraulic rectifier provides for universal connection of hoses between the transmission cooler fluid circulation loop of the vehicle and the service machine. An alternative embodiment of the machine allows for similarly fail-safe exchange of power steering fluid from a vehicle, and replacement of the old fluid with new power steering fluid.

**17 Claims, 2 Drawing Sheets**





EX. 1 PG. 9



*Fig. 1.*



*Fig. 3.*



*Fig. 2.*

*Fig. 4.*

5,806,629

**1**

# APPARATUS AND METHOD FOR SERVICE OF AN AUTOMOTIVE AUTOMATIC TRANSMISSION

## BACKGROUND OF THE INVENTION

### 1. Field of the Invention

The present invention is in the field of apparatus and method used to effect exchange of fluid from a system of an automobile. For example, the apparatus and method may be used to change automatic transmission fluid (ATF) from an automotive automatic transmission. The apparatus and method may also be used to change power steering fluid from an automotive power steering system. More particularly, the present invention relates to a fail-safe machine and to a method of its operation and use in exchanging the used ATF of an automatic transmission with fresh ATF, or in exchanging used power steering fluid with fresh fluid, and which is very economical in its construction, energy efficient in its operation, environmentally responsible, and uniquely easy to use for the automotive technician.

### 2. Related Technology

Many conventional machines and methodologies presently exist for withdrawing the used ATF from an automotive automatic transmission, while simultaneously replacing the used fluid with new. These devices and methods are a response to the widely-held recognition that simply dropping the pan from an automatic transmission while doing a filter change (or draining the pan of those transmissions fitted with a drain plug), and then refilling the transmission to the proper level with new fluid results in more than half of the old contaminated ATF remaining in the transmission. Such is the case because, for example, the clutch actuators, control valves, pump(s), ATF cooler and connecting conduits, and torque converter of the transmission still hold old ATF. In order to extract this old ATF from the transmission, the vehicle engine must be operated while a fluid exchange for the transmission is in progress.

This operation of the vehicle engine is usually accomplished on a chassis roller set allowing the drive wheels to spin and the clutches of the transmission to be cycled. Operation of the vehicle engine powers the internal fluid pump of the transmission and also facilitates flow of ATF through the torque converter and other parts of the transmission system, effectively flushing out the old ATF and replacing it with new fluid. Alternatively, the vehicle engine can be run with the transmission in "neutral" or "park", with most of the old ATF being exchanged in this way (i.e., without the drive wheels spinning or the transmission clutches being cycled). In this latter case, the old ATF will still be flushed from the torque converter, ATF cooler, and connecting conduits of the transmission system.

Unfortunately, this operation of the vehicle engine creates a risk that the transmission can be damaged or destroyed by dry running. That is, if the old transmission fluid is drained out, and the transmission is not simultaneously refilled with sufficient new fluid so that the fluid level in the transmission drops too low, then the transmission can be damaged by dry running. In some situations, the old ATF is drained out by opening an ATF cooler connection conduit while the vehicle engine is running, and infusing new ATF at the fill tube of the transmission only when bubbles of air are observed to drain also with the ATF from the transmission. These bubbles are an indication that the fluid level of the transmission is low enough that its internal pump is drawing air.

**2**

AT this time, a dose of new transmission fluid is added via the fill tube of the transmission. In this case, the new transmission fluid may be allowed to partially or completely drain out (perhaps while the attendant is distracted or absent for some reason), and the transmission can be damaged. To be done safely, this method requires the full-time attention of two attendants—one to watch the draining ATF and signal the presence of bubbles, and one to infuse new ATF at the fill tube in response to a signal from the first attendant. Obviously, this method is both labor intensive and prone to error.

In other situations, the supply of new ATF available to the service machine is inadequate or has been allowed to run completely out of the service machine to begin with (the attendant may not check to see that a reservoir for new ATF actually holds an adequate supply, for example). Again, a sufficient infusion of new ATF into the transmission may not take place during the service procedure with resulting damage to the vehicle transmission.

Still alternatively, an external power failure to the transmission service machine may occur during the service process, with the vehicle under service still running. This may result in the vehicle running without sufficient ATF in the transmission or with its external transmission cooler loop open and the fluid from the transmission being pumped to waste. Again, transmission damage can result unless the attendant catches this situation early enough.

Accordingly, a desire and a recognized need exists to safely and economically effect the replacement with new ATF of substantially all of the used ATF in an automatic transmission. Unfortunately, many of the machines and methods presently existing for this purpose suffer from one or more of the deficiencies of being ineffective in their service of the transmission (i.e., allowing some of the used fluid to remain in the transmission), possibly resulting in damage to the transmission if not closely attended, or are complex in their construction or operation.

For example, a cleaning machine for an automotive automatic transmission is known according to U.S. Pat. No. 5,337,708, issued 16 Aug. 1994 to We-Yu Chen. The '708 patent is believed to teach a transmission fluid change machine in which an external ATF circulation loop of the transmission is opened, with part of the machine completing this loop in one mode of operation. The used transmission fluid, possibly with a transmission flushing solution, is circulated in the external circulation loop as completed by the machine. When operated in an exchange/refill mode, the machine receives old transmission fluid and supplies new fluid at a selected pressure or volume delivery rate.

The Chen machine is intended to be operated from the 12 volt power supply of the automobile or other automotive vehicle being serviced. The new transmission fluid tank of this device appears to be provided with a level sensor, so that the system can be reverted to loop configuration (filtration/flushing) should the level of new ATF drop too low. An external power-driven pump is utilized to move new ATF from the fluid tank to the transmission being serviced. However, it is not clear from this patent that in the event the power supply to this device is interrupted or the pump ceases to operate, that the configuration of the device is reverted to loop form so that the transmission of the vehicle being serviced is not damaged by being operated with insufficient ATF. Although this patent asserts that a power failure will cause reversion of the apparatus to loop configuration in the event of a power failure, how this change in configuration is to be effected or powered does not appear to be explained.

5,806,629

3

Another transmission fluid change apparatus is disclosed by U.S. Pat. No. 5,318,080, issued 7 Jun. 1994 to James P. Viken. The '080 patent is believed to disclose an apparatus in which supply of the new ATF is provided by a pressurized storage container, which container is pressurized by the inflow of used ATF pumped from the transmission by its own internal pump. The storage container has a chamber which is separated by a flexible wall (i.e., a rolling-diaphragm piston) into two sub-chambers expanding and contracting in opposition. As used ATF from the transmission is received into one sub-chamber, new ATF is displaced from the other sub-chamber to the transmission. Another embodiment of this device uses two separate containers, one receiving the old ATF and the other holding new ATF. Air displaced from the one container is routed into the other with the idea that the air will drive the new ATF into the transmission. A pressurized air assist to this delivery of new fluid is provided. There is considerable uncertainty with these machines that the rate of new fluid delivery really matches the rate of old fluid draining from the transmission under service.

A transmission service machine is also known according to U.S. Pat. No. 5,370,160, issued 6 Dec. 1994 to Zachary T. Parker. The '160 patent is believed to disclose a service machine in which the external ATF fluid return loop for the transmission is completed by a reservoir from which the fluid is drawn by a pump. Accordingly, in the event that operation of the pump is interrupted while the serviced vehicle continues to operate, the transmission of the vehicle is at risk of damage from dry running. A separate pump is used to supply new ATF to the transmission, but this pump may suffer from the same power supply interruption, so that the transmission is still at risk of damage from dry running. The Parker '160 patent does not appear to provide a closed external ATF circulation loop for the transmission being serviced (other than the one relying on operation of an external power-driven pump), and does not use a three-way valve to complete or open such an external ATF circulation loop.

Still another apparatus for exchanging the fluid of an automatic transmission is known in accord with U.S. Pat. No. 5,447,184, issued 5 Sep. 1995 to Eduardo Betancourt. The '184 patent is believed to disclose an apparatus in which a reservoir for new ATF is provided so that the volume of new fluid supplied to the transmission can exceed the withdrawn volume. The '184 patent appears to include a sensor operating a bell to bring the attendant's attention to the fact that the supply of new ATF is at risk of running out. However, if the attendant is either not close at hand to hear the bell or is inattentive, the transmission may still be damaged if the supply of new ATF runs out while the transmission is being flushed. Still further, the device taught by the '184 patent is not believed to provide any safeguard to protect the automatic transmission in the event of a power failure to the apparatus while the transmission is being flushed during operation.

Finally, another automatic transmission flush apparatus is known according to U.S. Pat. No. 5,472,064, issued 5 Dec. 1995. The feature which the '064 patent appears to contribute to the art is the use of a conventional directional flow control valve. This flow control valve is inserted into the fluid flow conduits connecting the service machine to the external loop of the transmission, and allows connection of the apparatus to the external ATF circulation loop (i.e., the ATF cooler loop) of the transmission with no need to take note of the direction of fluid circulation in this loop. If the internal fluid flow direction of the machine happens to be

4

correct as connected, there is no need to change the valve position. In the event the internal fluid flow direction of the machine is opposite to that of the transmission connection, then reversing the position of the flow control direction valve will match the internal flow direction to the direction of the fluid flow in the external ATF flow loop of the transmission. This machine requires attention and manual intervention of the technician to correct the fluid flow directions so that service can begin in the event that by-chance these connections to the transmission are not right to begin with.

## SUMMARY OF THE INVENTION

In view of the deficiencies of the conventional art, a primary object for this invention is to avoid one or more of these deficiencies.

Another object is to provide a fail-safe automatic transmission service machine.

Yet another object is to provide a machine for exchanging old fluid with fresh fluid in an automotive power steering system.

Accordingly, the present invention provides a method of exchanging used ATF with new ATF in an automotive automatic transmission having an internal pump and an external fluid circulation loop, and without limitation on the volume of ATF which can be exchanged, the method comprising steps of providing a source of new ATF; connecting a positive displacement motor/pump unit into the external fluid circulation loop, so that the loop is opened and old ATF from the transmission flows via a motor portion of the motor/pump unit to waste by reason of pressure provided by the internal transmission pump and drives the pump portion of the motor/pump unit, and flowing new ATF from the source through the pump portion of the motor/pump unit to the automatic transmission so as to effect a pseudo-closing of the external fluid circulation loop, whereby used ATF pumped out of the transmission by the internal pump is continuously replaced in equal volume with new ATF from the source by the motor/pump unit.

According to another aspect, the present invention provides a fail-safe transmission fluid exchange machine for an automotive automatic transmission, which automatic transmission includes an internal pump moving automatic transmission fluid (ATF) through an external circulation loop, the machine comprising: a conduit for conducting ATF from the external ATF circulation loop, a three-way valve in a first position communicating ATF received via the first conduit from the external circulation loop to a second conduit, which second conduit returns ATF to the external ATF circulation loop, the three-way valve in a second position thereof communicating ATF from the external ATF circulation loop to waste; a yieldably-biased back-drivable actuator which when actuated moves the three-way valve from the first to the second position thereof and which when deactivated returns the three-way valve to the first position by self-bias; a container for holding a supply of new ATF; a sensor for indicating when the container holds an adequate supply of new ATF; a pump receiving new ATF from the container therefor and supplying the new ATF pressurized via the second conduit to the external ATF circulation loop; a control system interconnecting the pump, the sensor, and the actuator to allow actuation of the actuator to place the three-way valve in the second position only while the sensor indicates an adequate supply of new ATF, the control system deactivating the actuator in the event of an inadequate supply of new ATF to allow the three-way valve to be returned to the first position by self-bias of the actuator.

5,806,629

5

A better understanding of the present invention will be obtained from reading the following description of a single exemplary preferred embodiment of the present invention taken in conjunction with the appended drawing Figures. It will be understood that the appended drawing Figures and description here following relate only to one exemplary preferred embodiment of the invention, and as such, are not to be taken as implying a limitation on the invention. No such limitation on the invention is implied, and none is to be inferred.

BRIEF DESCRIPTION OF THE DRAWING FIGURES

FIG. 1 provides a fragmentary pictorial and somewhat schematic depiction of an automobile having its automatic transmission serviced by a machine embodying the present invention;

FIG. 2 is a schematic representation of automobile power train (engine and transmission) as well as the transmission service machine seen in FIG. 1, and depicts alternative modes of operation (or fluid flow paths) utilized during the servicing of the transmission;

FIG. 3, provides a perspective view of a motor/pump unit used in the transmission service machine seen in FIGS. 1 and 2, and is shown with the housing of this motor/pump illustrated in phantom lines for improved clarity of description; and

FIG. 4 provides a schematic representation of an automotive power steering system, during servicing to exchange old fluid with fresh fluid using a machine and method according to the present invention.

DETAILED DESCRIPTION OF AN EXEMPLARY PREFERRED EMBODIMENT OF THE INVENTION

Referring to FIG. 1, an automotive vehicle 10 is seen having its automatic transmission serviced by use of a fail-safe machine 12 embodying the present invention. It will be understood that the vehicle 10 is illustrative only, and that other types of automotive vehicles may have their transmissions serviced by use of the machine 12. For example, some heavy trucks and buses use automatic transmissions, which also may be serviced in the way described below.

In general view, it is seen that the machine 12 is connected to the vehicle 10 in two respects. First, the machine 12 is connected by a pair of hoses 14 and 16 to the transmission cooling fluid circuit of the vehicle 10, as will be explained. Also, the machine 12 is electrically connected in this case by a cable 18 to receive electrical power from the vehicle 10. The cable attaches by clamps 18a to the appropriate terminals of the vehicle battery. The machine 12 requires no line power (i.e., no 110 volt or 220 volt AC power, for example), and uses only a small current of electrical power from the vehicle 10 to operate a fail-safe function of the machine. As will be seen, an alternative embodiment of the machine 12 can be provided which does not even require this electrical connection to the vehicle 10, and in which the machine 12 operates without any external electrical power input.

The machine 12 includes a cabinet 20 having wheels 22 and a handle 24 providing for the cabinet to be rolled about a service area, for example, to an appropriate position next to a vehicle to be serviced. The machine 12 will be seen to have a very low center of gravity so that it is easily tipped for moving and is stable both while stationary and during

6

such moving on its wheels about a service area. Such low center of gravity is provided by the machine 12 because essentially the entire lower portion 28 of the cabinet defines a reservoir for new transmission fluid, providing an exceptionally low center of gravity for the machine 12. The front of the machine 12 is provided with a vertically extending sight glass 28a (actually formed of break-resistant plastic tubing) providing an indication of the fluid level in the reservoir portion 28 of the machine 12.

Still viewing FIG. 1, it is seen that during service of the transmission of vehicle 10, the vehicle engine is run, and the vehicle may be in neutral or park, or may be on a chassis roller stand allowing the drive wheels of the vehicle to spin with the vehicle stationary. In this situation, the internal pump(s) of the transmission will be operating, and used ATF will flow from the vehicle transmission via hose 14 to the machine 12. During an initial transmission flushing mode of operation, the used ATF (possibly with a flushing chemical added for this phase of transmission cleaning during which varnish and debris in the transmission are loosened for removal) flows back to the transmission via hose 16. In other words, in a flushing mode of operation, the machine 12 completes an external closed fluid flow loop for the transmission.

However, when a service technician actuates switch 30 the machine 12 enters an AFT exchange mode of operation. In this exchange mode of operation, used ATF flows from the transmission to machine 12, and then to a container 32 via a hose 34 for recycling or appropriate disposal. The hose 34 may simply be routed to a large used-fluid storage tank maintained by some service facilities for this purpose. The service area in this case will have access to many conveniently located inlets to this storage tank, and the container 32 will not be needed. Simultaneously, new ATF is supplied by the machine 12 from the reservoir 28 into the transmission of the vehicle via hose 16. While this AFT exchange process is going on the fluid flow rates in the hoses 14 and 16 are substantially matched to one another by the machine 12. Accordingly, the fluid level in the transmission of the vehicle 10 can not drop too low, and transmission damage from dry running can not occur.

In the event the reservoir 28 is allowed to run out of new ATF, the machine 12 will either not enter exchange mode, or will automatically revert from this mode to flush (i.e., recirculation) mode. Again, dry running of the vehicle transmission can not occur. Also, in the event that power to the machine 12 is interrupted (i.e., if one of the clamps 18a becomes disconnected, for example), then the machine 12 reverts instantly to flush mode without the need for manual attention from an attendant and without power being required to effect this reversion to flush mode.

Attention now to FIG. 2 will reveal a schematic of the plumbing and functional structures of the machine 12. The engine and transmission of the vehicle 10 are indicated with numerals 10a and 10b, respectively. Those ordinarily skilled in the pertinent arts will understand that the transmission 10b is associated with a transmission fluid cooler 36 of the vehicle 10. ordinarily, this transmission cooler 36 is built into a portion of the vehicle coolant radiator and is an ATF-to-engine-coolant type. Alternatively, the transmission cooler 36 may be configured as a separate ATF-to-air heat exchanger, which is usually installed behind the grill of the vehicle. In some cases, vehicles are equipped with both types of ATF coolers. The cooler 36 is connected in fluid flow to the transmission 10b by conduits 38 and 40, with ATF flow directions in these conduits being indicated by the arrows on FIG. 2. The conduits 38, 40, and cooler 36

5,806,629

7

cooperatively define an external closed ATF circulation loop for the transmission 10b, which external closed fluid circulation loop is indicated by numeral 39 on FIG. 2.

Conduit 38 is shown in FIG. 2 with a portion of its length depicted in dashed line. When the vehicle 10 is in normal operation, the dashed line portion of conduit 38 is connected together, and fluid flows from the transmission to the cooler 36 along this conduit. However, during service of the transmission using machine 12, one of the conduits 38 or 40 is interrupted as suggested in FIG. 2, and the machine 12 is connected into the previously-closed ATF circulation loop 39 for cooler 36. In FIG. 2, conduit 38 is the one shown opened for connection of machine 12. However, either of the conduits 38 or 40 may be so opened, dependent upon which one is most easily accessible to the service technician on each particular individual vehicle to be serviced. Either of conduits 38 or 40 may be accessed for service of the transmission with absolutely no difference in the effectiveness of the service performed. In preparation for and during the transmission service, the accessed one of the conduits 38 or 40 is interrupted, and after the service is complete the connection of the conduit is restored to its original fluid flow continuity.

Machine 12 includes a fluid-flow rectifier assembly, indicated with numeral 42. This rectifier assembly includes four nodes (or fluid flow confluences and branchings) respectively indicated with numerals 44, 46, 48, and 50; and also includes four check valves each indicated with a respective numeral 52. The check valves 52 are each disposed between a connected pair of the nodes 44–50, and are oriented as shown in FIG. 2. As is seen in FIG. 2, hose 14 connects to node 44, and the hose 16 connects to node 50. The check valves 52 are each oriented so that fluid can flow only to node 48 and only away from node 46. Accordingly, no matter which way the hoses 14 and 16 are connected to the opened ends of the interrupted one of conduits 38 or 40, ATF flow is always from one of nodes 44 or 50 to node 48, and from the other one of nodes 44 and 50 to node 46. Node 48 is connected by a conduit 52 including a pressure gauge 54 and a flow meter 68 to the common port of a spring-loaded three-way solenoid valve 56. The flow meter 68 has a visible indicator 68a of fluid flow, which is displayed on the front of machine 12, as is seen in FIG. 1.

The solenoid valve 56 has a normally-open (N.O.) port from which a conduit 58 connects to node 46. Accordingly, a closed loop fluid flow connection is provided by machine 12 which completes loop 39. This loop within machine 12 is indicated on FIG. 2 with two loop arrows referenced with numerals 39a and 39b. During flush mode of operation as described above, the machine 12 completes the circulation loop 39 by flow of ATF in the internal loop indicated with numerals 39a and 39b of FIG. 2. During this circulation of ATF in the machine 12, the service technician can observe the available pressure provided by the internal pump of the transmission 10b at gauge 54, seen on the front of machine 12 in FIG. 1.

Further considering the three-way solenoid valve 56, it is seen that this solenoid valve includes a valve portion 56a and a solenoid actuator portion 56b. The solenoid actuator portion 56b includes an armature member 58 movably disposed within a solenoid coil 60, and a spring 62 biasing the armature 58 toward a first position. The armature member 58 interacts with the valve portion 56a so that when the armature 58 is in its first position the common port is connected only to the N.O. port of the valve portion 56a. When the solenoid coil 60 is actuated electrically, armature member 58 is moved to a second position (not shown) in

8

which the common port of the valve portion 56b is connected only to the N.C. port of this valve portion. The N.C. port of solenoid valve 56 connects via a conduit 64 to one portion (a motor portion) of a motor/pump unit 66. From this motor portion (indicated with numeral 66a), fluid flows via a hose 34 to the waste-fluid container 34.

The machine 12 is also provided with a float switch 70 at reservoir 28, which electrically allows connection of the common port of solenoid valve 56 to the N.C. port only if a sufficient volume of new ATF is in this reservoir, and which closes if the level of this new ATF falls too low. Float switch 70 controls a relay 72 in circuit with the switch 30, solenoid coil 60, and the battery of the vehicle 10 via cable 18. When the service technician closes switch 30, solenoid coil 60 is actuated if relay 72 allows (i.e., if the float switch 70 indicates a sufficient level of new ATF in the reservoir 28), and the common port of solenoid valve 56 is switched from communication with the N.O. port to communication to the N.C. port. Thus, the internal closed ATF circulation loop of the machine 12 (recalling arrows 39a and 39b) is opened, and used ATF from the transmission 10b flows to waste container 32.

Considering now FIG. 3, it is seen that the motor/pump unit 66 includes a housing 74 defining an inlet port 74a and outlet port 74b from motor portion 66a. Similarly, the housing 74 defines an inlet port 74c and outlet port 74d to and from a pump portion 66b. The motor portion 66a and pump portion 66b are each defined by a meshed pair of spur gears (respectively indicated with numerals 76, 78, 80, and 82. The housing 74 defines closely fitted chambers for these meshed gears, which is conventional in the art of spur-gear pumps and motors. However, in this case, the housing 74 also journals a pair of connecting shafts, indicated with numerals 84 and 86. The shafts 84 and 86 drivingly connect the indicated spur gears for rotation in unison, as is indicated by the arrows on FIG. 3. Thus, as used ATF flows through the motor portion 66a (from port 74a to port 74b) of motor/pump unit 66 the gears 76 and 78 are forced to rotate as indicated, driving the gears 80 and 82 in rotation via shafts 84 and 86. The motor/pump unit 66 is a positive-displacement fluid motor/pump unit, with each side having identically the same fluid displacement per rotation of the gears 76–82 (ignoring some slight and insignificant volume of fluid which may leak from the motor portion to the pump portion of the unit).

Further to the above, it is seen that according to the one illustrated embodiment of the unit 66, the housing 74 carries a pair of elongate plain journal bearings 88 (only a portion of each being seen in FIG. 3 for clarity of illustration). These journal bearings 88 are closely and precisely fitted to the shafts 84 and 86 so that these shafts (and the gears 76–82) are very free running. Importantly, the close fitting of these journal bearings and shafts is relied upon to effect a sufficient fluid seal between the motor side and pump side of the motor/pump 66 so that only an insignificantly small amount of ATF flows along the shafts 84, 86 without the use of a contact type of sealing element. Consequently, no significant mixing of old ATF with new ATF takes place in the motor/pump unit 66. Those ordinarily skilled in the pertinent arts will recognize that other sealing expedients are possible in motor/pump unit 66, and which also provide for free running of the internal components of this unit. For example, a labyrinth seal could be used along the length of the shafts 84 and 86 to inhibit fluid flow between the motor and pump portions of this unit, still without the use of a contact sealing element. Alternatively, a low-friction type of contact sealing element can be used on the shafts 84, 86. This may take the

5,806,629

9

form of, for example, a carbon ring face seal, or a low-friction radial lip seal disposed between the housing 74 and each of the shafts 84, 86. In each case, the motor/pump unit 66 can achieve motoring and pumping operation utilizing only a relatively low fluid pressure provided by the internal pump of transmission 10b. This makes transmission servicing possible even with the engine 10a idling.

Accordingly, during fluid exchange mode new ATF is drawn from reservoir 28, flows from port 74c to port 74d of the pump portion 66b of motor/pump unit 66, and is delivered to the loop 39b via a check valve 90. This new ATF flows to the node 46, and then to the one of the hoses 14 and 16 which is connecting to the connection at the conduits 38 and 40 having the lower pressure.

It will be recalled in view of the above, that fluid flow in the apparatus seen in FIG. 2 is being impelled entirely by the internal pump of the automatic transmission 10b. Accordingly, there is a progressive pressure drop along the length of all flow paths, and the fluid flow at the connections to one of conduits 38 and 40 will be differentiated from one another by this fluid pressure differential. Accordingly, no matter which one of the conduits 38 or 40 is interrupted for transmission service, and no matter which way the hoses 14 and 16 are connected to the open ends of the interrupted conduit 38 or 40, flow of used ATF will be from one of these open ends of the interrupted conduit 38 or 40, and flow of new ATF will be delivered by the machine 12 into the other open end of the interrupted conduit.

In other words, the circulation loop 39 of the transmission is complete during flush mode and appears to be complete during exchange mode also, but new ATF is being supplied by the machine 12 in response to and in matching volume to the pumping out of old ATF by the transmission 10b during exchange mode. During this fluid exchange mode of operation, the technician can verify that fluid is flowing by observing the indicator 68a of flow meter 68. Preferably, this flow meter is a turbine type with a transparent wall although which the technician can not only seen the spinning turbine, but can also observe the color and turbidity of the ATF flowing from the transmission to waste (i.e., this is visible on the front of machine 12 as seen in FIG. 1). Thus, when the out-flowing ATF is observed to change from the turbid burnt-umber of old fluid to the clear bright red of new fluid, the technician knows that the flushing and fluid exchanging operation is complete.

To repeat, in the event the level of new ATF in reservoir 28 drops too low during the service process, and even if the attendant is not present, the float switch 70 will open electrically, and as a result the spring-loaded solenoid will return valve 56a to the position connecting the common port only to the N.O. port. This takes place due to its own spring bias and the fact that the solenoid actuator 56b can be back-driven by this spring bias.

Thus, in the event of cessation of operation of the machine 12 (because of interruption of electrical power, for example) or a shortage of fresh transmission fluid, the loop 39 is restored, withdrawal of transmission fluid stops, and the transmission 10b can not run out of fluid or be damaged by dry running.

When the process described above is complete, the technician disconnects the machine 12 at the connections to one of the conduits 38 or 40, restores the circulation loop 39, and sends the old transmission fluid for disposal or to a recycling facility.

FIG. 4 schematically illustrates an alternative embodiment of the present invention, in which a machine is used to

10

service the power steering system of a vehicle to exchange old fluid from the system with new fluid. In order to obtain reference numerals for use in describing this alternative embodiment of the invention, features which are either the same as those depicted and described above, or which are analogous in structure or function, are referenced in FIG. 4 using the same numeral used above, and having one-hundred (100) added.

Viewing now FIG. 4, a vehicle includes an engine 110a driving a power steering pump 92 by means of a belt 94. This pump 92 includes a reservoir portion 96 disposed generally above the pump 92. The reservoir portion 96 has a fill opening 98 closed by a cap 100. Also, a low-pressure hose 140 connects onto a fitting on the body of the reservoir portion 96 in order to allow return of low pressure power steering fluid into this reservoir. During operation of the engine, the pump 92 draws power steering fluid from the reservoir portion 96, and delivers this fluid pressurized via a high-pressure hose or conduit 138 to a power steering unit 102. The power steering unit 102 is connected to the dirigible wheels of the vehicle, and has a steering input from a steering wheel 104.

Now, in order to allow a machine 112 to be used in exchanging fluid from the power steering system seen in FIG. 4, the low pressure hose 140 is interrupted or disconnected at its connection to the fitting at reservoir portion 96. This disconnection of the hose 140 allows it to be connected to one of the hoses 114 or 116 of the machine 112. In view of the explanation above of the hydraulic rectifier 42, it will be appreciated that either hose 114 or hose 116 may be connected to receive low-pressure power steering fluid from the system as depicted. The other hose 114 or 116 from machine 112 is either attached to the fitting on the reservoir 96 from which hose 140 was disconnected, or is simply routed so as to deliver fluid into the reservoir 96 via its fill opening 98.

Accordingly, when the engine 110a is operated, the pump 92 is powered and delivers high-pressure power steering fluid to the unit 102. Power steering fluid at a lower pressure flows from the unit 102 via hose 140, but is routed to machine 112 rather than flowing into reservoir 96. This power steering fluid is routed to machine 112, where it powers a motor/pump unit as described above. The machine 112 is provided with a source of new power steering fluid, which will be easily understood in view of the description above of providing machine 12 with a source of automatic transmission fluid. The motor/pump unit of the machine 112 delivers new power steering fluid at a matching volume rate to the reservoir 96 of the pump 92 via hose 116. It will be recalled that hoses 114, and 116 can be reversed in function, as will be appreciated in view of the operation of the hydraulic rectifier of machine 12 as described above. In this way, the old power steering fluid is removed from the system depicted in FIG. 4, and the system is provided with new power steering fluid.

While the present invention has been depicted, described, and is defined by reference to a single particularly preferred embodiment of the invention, such reference does not imply a limitation on the invention, and no such limitation is to be inferred. The invention is capable of considerable modification, alteration, and equivalents in form and function, as will occur to those ordinarily skilled in the pertinent arts. For example, it is apparent that an alternative embodiment of the machine 12 can be provided which requires no electrical power at all for its operation. That is, the solenoid valve 56 may be replaced by a manually-actuated three-way valve. In this case, the service technician

5,806,629

11

must manually revert the machine from exchange mode to flush mode when delivery of the new ATF into the transmission is completed.

Alternatively, the manually-actuated three-way valve could be spring loaded to its position completing internal loop 39a/b, and could be latched into its position effecting exchange mode for the machine. In this alternative, a triggering device could be used in response to the dropping of a float in reservoir 28 to cause release of the latched three-way valve and reversion of the machine to flush mode. For example, a float switch could be used and an internal battery of the machine 12 could trigger a solenoid which releases the latch of the three-way valve. Still alternatively, a float-trigger could be connected from the reservoir directly to a mechanical latch release (i.e., a sear device) to release the latched three-way valve and allow its own spring to revert the machine to flush mode. In these ways, the machine 12 may be modified to be fail-safe and either not require any electrical power from the vehicle (i.e., because of use of a battery internal to the machine 12) or to using a mechanical latch and release device (i.e., the float-trigger alternative) so that minimal attention from an attendant is required but fail-safe operation is still assured.

Another alteration which will suggest itself is to provide a torque motor connected in driving relationship to the motor/pump unit 66. This torque motor can be arranged to assist but not drive rotation of this motor/pump unit in the direction that it is driven by old ATF being pumped out of a transmission under service. Accordingly, those vehicles which have an internal pump maintaining only a relatively low fluid pressure which is perhaps not enough to drive the motor/pump unit without assistance can still be serviced with the present machine. A slight assistance to the motor/pump unit 66 by operation of such a torque motor would be enough to still effect the positive displacement fluid exchange under the impetus of the internal transmission pump according to the present invention.

Thus, the depicted and described preferred embodiment of the invention is exemplary only, and is not exhaustive of the scope of the invention. Consequently, the invention is intended to be limited only by the spirit and scope of the appended claims, giving full cognizance to equivalents in all respects.

We claim:

1. A method of exchanging used ATF with new ATF in an automotive automatic transmission having an internal pump and an external fluid circulation loop, said method comprising steps of:

providing a volume of new ATF;

connecting a positive displacement motor/pump unit into said external fluid circulation loop, so that said loop is opened and old ATF from the transmission flows via a rotary motor portion of the motor/pump unit to waste by reason of pressure provided by said internal transmission pump and drives a pump portion of said motor/pump unit, and

flowing new ATF from said volume through said pump portion of said motor/pump unit to said automatic transmission so as to effect a pseudo-closing of said external fluid circulation loop, whereby used ATF pumped out of said transmission by said internal pump is continuously replaced in substantially equal volume with new ATF from said volume by said motor/pump unit.

2. A fail-safe method of exchanging ATF in an automatic transmission, said method comprising steps of:

12

providing an external ATF circulation loop for the transmission;

including in said external ATF circulation loop only a single three-way valve in a first position communicating ATF in said external ATF circulation loop and in a second position opening said external ATF circulation loop and directing ATF from the transmission to waste;

yieldably biasing said only a single three-way valve to said first position;

providing an actuating device which when actuated reversibly moves said only a single three-way valve to said second position thereof;

providing a supply of new ATF;

providing a sensor indication when supply of new ATF is adequate;

operating a pump to add the new ATF to the transmission;

providing a control system allowing actuation of said actuating device only when said sensor indicates an adequate supply of new ATF; and in the event said actuating device is deactivated by said control system, using said resilient bias to return said only a single three-way control valve from said second position to said first position thereby restoring said external ATF circulation loop.

3. A fail-safe transmission fluid exchange machine for an automotive automatic transmission, which automatic transmission includes an internal pump moving automatic transmission fluid (ATF) through an external circulation loop, said machine comprising:

a conduit for conducting ATF from said external ATF circulation loop, only a single three-way valve in a first position communicating ATF received via said first conduit from said external circulation loop to a second conduit, which second conduit returns ATF to said external ATF circulation loop, said only a single three-way valve in a second position thereof communicating ATF from said external ATF circulation loop to waste;

a yieldably-biased back-drivable actuator which when actuated moves said only a single three-way valve from said first to said second position thereof and which when deactivated returns said only a single three-way valve to said first position by self-bias;

a container for holding a supply of new ATF;

a sensor for indicating when said container holds an adequate supply of new ATF;

a pump receiving new ATF from said container therefor and supplying said new ATF pressurized via said second conduit to said external circulation loop; a control system interconnecting said sensor and said actuator to allow actuation of said actuator to place said only a single three-way valve in said second position only while said sensor indicates an adequate supply of new ATF, said control system deactivating said actuator in the event of an inadequate supply of new ATF to allow said only a single three-way valve to be returned to said first position by self-bias of said actuator.

4. The fail-safe transmission fluid exchange machine of claim 3 further including a hydraulic motor driven by used ATF pumped from said transmission by said internal pump and driving said pump of said fluid exchange machine.

5. The fail-safe transmission fluid exchange machine of claim 4 wherein said motor and said pump of said fluid exchange machine are drivingly coupled to one another for operation simultaneously in unison, and each of said motor and said pump displace an equal volume of fluid.

5,806,629

13

6. A fail-safe transmission fluid exchange machine for an automotive automatic transmission, which automatic transmission includes an internal pump moving automatic transmission fluid (ATF) through an external circulation loop, said machine comprising:

a conduit for conducting ATF from said external ATF circulation loop, a three-way valve in a first position communicating ATF received via said first conduit from said external circulation loop to a second conduit, which second conduit returns ATF to said external ATF circulation loop, said three-way valve in a second position thereof communicating ATF from said external ATF circulation loop to waste;

a yieldably-biased back-drivable actuator which when actuated moves said three-way valve from said first to said second position thereof and which when deactivated returns said three-way valve to said first position by self-bias;

a container for holding a supply of new ATF;

a sensor for indicating when said container holds an adequate supply of new ATF;

a pump receiving new ATF from said container therefor and supplying said new ATF pressurized via said second conduit to said external ATF circulation loop;

a control system interconnecting said sensor and said actuator to allow actuation of said actuator to place said three-way valve in said second position only while said sensor indicates an adequate supply of new ATF, said control system deactivating said actuator in the event of an inadequate supply of new ATF to allow said three-way valve to be returned to said first position by self-bias of said actuator;

a hydraulic motor driven by used ATF pumped from said transmission by said internal pump and driving said pump of said fluid exchange machine; and

wherein said motor and said pump of said fluid exchange machine are configured as a motor/pump unit having a pair of meshed gears in each of a pumping cavity and in a motor cavity, a shaft driven by said pair of meshed gears in said motor cavity drivingly connecting with said pair of gears in said pumping cavity, and said housing carrying a journal bearing defining in cooperation with said shaft a free-running fit with said shaft which resists fluid flow between said cavities without use of a contact seal element.

7. A fail-safe transmission fluid exchange machine for an automotive automatic transmission, which automatic transmission includes an internal pump moving automatic transmission fluid (ATF) through an external circulation loop, said machine comprising:

a conduit for conducting ATF from said external ATF circulation loop, a three-way valve in a first position communicating ATF received via said first conduit from said external circulation loop to a second conduit, which second conduit returns ATF to said external ATF circulation loop, said three-way valve in a second position thereof communicating ATF from said external ATF circulation loop to waste;

a yieldably-biased back-drivable actuator which when actuated moves said three-way valve from said first to said second position thereof and which when deactivated returns said three-way valve to said first position by self-bias;

a container for holding a supply of new ATF;

a sensor for indicating when said container holds an adequate supply of new ATF;

14

a pump receiving new ATF from said container therefor and supplying said new ATF pressurized via said second conduit to said external ATF circulation loop;

a control system interconnecting said sensor and said actuator to allow actuation of said actuator to place said three-way valve in said second position only while said sensor indicates an adequate supply of new ATF, said control system deactivating said actuator in the event of an inadequate supply of new ATF to allow said three-way valve to be returned to said first position by self-bias of said actuator;

further including a hydraulic rectifier allowing either of said first conduit or said second conduit to be connected in said external fluid circulation loop of said transmission so as to receive old ATF pumped by the internal pump of the transmission, and allowing either one of said first conduit or said conduit to be connected into the external fluid circulation loop of the transmission so as to deliver new ATF to the circulation loop;

said hydraulic rectifier including four fluid flow nodes, each of said four nodes being in direct fluid flow communication with two other of said four nodes, two of said nodes being bi-directional nodes which may receive fluid from said transmission or send fluid to said transmission, and a different two of said four nodes being respectively one an inflow node at which said machine receives old ATF from the transmission and an outflow node to which the machine delivers new ATF, said first and said second conduits each connecting to a respective one of said bi-directional nodes; and

four check valves interposed each one between two directly communicating nodes, said check valves being disposed such as to allow flow from each bi-directional node only to said inflow node and only from said outflow node to each of said bi-directional nodes.

8. In a machine for exchanging used ATF from an automotive automatic transmission with new ATF, said machine having:

a source of new ATF;

a pump inlet flowing new ATF from said source to said automatic transmission; and

a hydraulic rectifier including four fluid flow nodes, each of said four nodes being in direct fluid flow communication with two other of said four nodes, two of said nodes being bi-directional nodes which may receive old ATF from said transmission or send new ATF to said transmission, and a different two of said four nodes being respectively one an inflow node at which said machine receives old ATF from the transmission and an outflow node to which the machine delivers new ATF; and

four check valves, each interposed one between two directly communicating nodes, said check valves being disposed such as to allow flow from each bi-directional node only to said inflow node and only from said outflow node to each of said bi-directional nodes.

9. A method of exchanging used power steering fluid with new power steering fluid in an automotive power steering system having a power steering pump and a fluid circulation loop including a power steering gear and a fluid reservoir, said method comprising steps of:

providing a source of new power steering fluid;

connecting a positive displacement motor/pump unit into said fluid circulation loop, so that said loop is opened and old power steering fluid flows from said power

5,806,629

15

steering gear via a rotary motor portion of the motor/pump unit to waste by reason of pressure provided by said power steering pump and drives the pump portion of said motor/pump unit, and

flowing new power steering fluid from said source through said pump portion of said motor/pump unit to said reservoir, whereby used power steering fluid pumped out of said power steering gear by said power steering pump is continuously replaced in equal volume with new power steering fluid from said source by said motor/pump unit.

10. A fail-safe machine for exchange of power steering fluid in an automotive vehicle, which vehicle includes a power steering system with a power steering pump, a reservoir providing power steering fluid to said power steering pump, and a power steering gear receiving high-pressure pressurized power steering fluid from said power steering pump via a high-pressure conduit and returning low-pressure power steering fluid to said reservoir via a low-pressure conduit, said machine comprising:

a first conduit conducting used power steering fluid from said low-pressure conduit to a single three-way valve;

said single three-way valve in a first position communicating power steering fluid received via said first conduit to a second conduit, which second conduit returns power steering fluid to said reservoir, said single three-way valve in a second position thereof communicating power steering fluid to waste;

a yieldably-biased back-drivable actuator which when actuated moves said single three-way valve from said first to said second position thereof and which when deactivated returns said single three-way valve to said first by self-bias;

a container for holding a supply of new power steering fluid;

a sensor for indicating when said container holds an adequate supply of new power steering fluid;

a pump receiving new power steering fluid from said container therefor and supplying said new power steering fluid via said second conduit to said reservoir;

a control system interconnecting said sensor and said actuator to allow actuation of said actuator to place said single three-way valve in said second position only while said sensor indicates an adequate supply of new power steering fluid in said container, said control system deactivating said actuator in the event of an inadequate supply of new power steering fluid to allow said single three-way valve to be returned to said first position by self-bias of said actuator.

11. The fail-safe power steering exchange machine of claim 10 further including a hydraulic motor driven by used power steering fluid pumped from said power steering system by said power steering pump and driving said pump of said machine.

12. A fail-safe machine for exchange of power steering fluid in an automotive vehicle, which vehicle includes a power steering system with a power steering pump, a reservoir providing power steering fluid to said power steering pump, and a power steering gear receiving high-pressure pressurized power steering fluid from said power steering pump via a high-pressure conduit and returning low-pressure power steering fluid to said reservoir via a low-pressure conduit, said machine comprising:

a first conduit conducting used power steering fluid from said low-pressure conduit to a three-way valve;

said three-way valve in a first position communicating power steering fluid received via said first conduit to a

16

second conduit, which second conduit returns power steering fluid to said reservoir, said three-way valve in a second position thereof communicating power steering fluid to waste;

a yieldably-biased back-drivable actuator which when actuated moves said three-way valve from said first to said second position thereof and which when deactivated returns said three-way valve to said first position by self-bias;

a container for holding a supply of new power steering fluid;

a sensor for indicating when said container holds an adequate supply of new power steering fluid;

a pump receiving new power steering fluid from said container therefor and supplying said new power steering fluid via said second conduit to said reservoir;

a control system interconnecting said sensor and said actuator to allow actuation of said actuator to place said three-way valve in said second position only while said sensor indicates an adequate supply of new power steering fluid in said container, said control system deactivating said actuator in the event of an inadequate supply of new power steering fluid to allow said three-way valve to be returned to said first position by self-bias of said actuator; and

further including a hydraulic rectifier allowing either of said first conduit or said second conduit to be connected to said low-pressure conduit of said power steering system to receive power steering fluid at low-pressure therefrom, and allowing either one of said first conduit or said second conduit to deliver new power steering fluid into said reservoir;

said hydraulic rectifier including:

four fluid flow nodes, each of said four nodes being in direct fluid flow communication with two other of said four nodes, two of said nodes being bi-directional nodes which may receive fluid from said power steering system or send fluid to said power steering system, and a different two of said four nodes being respectively one an inflow node at which said machine receives old power steering fluid from the power steering system of the vehicle and an outflow node to which the machine delivers new power steering fluid, said first and said second conduits each connecting to a respective one of said bi-directional nodes; and

four check valves interposed each one between two directly communicating nodes, said check valves being disposed such as to allow flow from each bi-directional node only to said inflow node and only from said outflow node to each of said bi-directional nodes.

13. A fail-safe transmission fluid exchange machine for an automotive automatic transmission, which automatic transmission includes an internal pump moving automatic transmission fluid (ATF) through an external ATF cooler in a circulation loop, said machine comprising:

a conduit for conducting ATF from said circulation loop to a common port of a three-way valve, said three-way valve in a first position communicating ATF received via said first conduit from said circulation loop to a second conduit via a normally-open (N.O.) port, which second conduit returns ATF to said circulation loop, said three-way valve in a second position thereof communicating ATF from said circulation loop via a normally-closed (N.C.) port to waste;

a yieldably-biased back-drivable actuator which when actuated moves said three-way valve from said first to

5,806,629

## 17

said second position thereof and which when deactivated returns said three-way valve to said first position by self-bias;

a container for holding a supply of new ATF;

a sensor for indicating when said container holds an adequate supply of new ATF;

a motor/pump unit having a motor portion disposed in fluid flow series between said N.C. port of said three-way valve and waste to be driven by ATF pumped out of said transmission; and a pump portion receiving new ATF from said container therefor and supplying said new ATF pressurized via said second conduit to said circulation loop, said motor portion and said pump portion of said motor/pump unit being drivingly coupled to one another for operation simultaneously in unison with each displacing an equal volume of fluid;

a control system interconnecting said sensor and said actuator to allow actuation of said actuator to place said three-way valve in said second position only while said sensor indicates an adequate supply of new ATF, said control system deactivating said actuator in the event of an inadequate supply of new ATF to allow said three-way valve to be returned to said first position by self-bias of said actuator;

a hydraulic rectifier allowing either of said first conduit or said second conduit to be connected in said circulation loop of said transmission so as to receive old ATF pumped by the internal pump of the transmission, and allowing either one of said first conduit or said second conduit to be connected into the circulation loop of the transmission so as to deliver new ATF to the circulation loop; said hydraulic rectifier including four fluid flow nodes, each of said four nodes being in direct fluid flow communication with two other of said four nodes, two of said nodes being bi-directional nodes which may receive fluid from said transmission or send fluid to said transmission, and a different two of said four nodes being respectively one an inflow node at which said machine receives old ATF from the transmission and an outflow node to which the machine delivers new ATF, said first and said second conduits each connecting to a respective one of said bi-directional nodes; and four check valves interposed each one between two directly communicating nodes, said check valves being disposed such as to allow flow from each bi-directional node only to said inflow node and only from said outflow node to each of said bi-directional nodes.

14. A method of exchanging used ATF with new ATF in an automotive automatic transmission having an internal pump and an external fluid circulation loop, said method comprising steps of:

providing a volume of new ATF;

connecting a positive-displacement motor/pump unit into said external fluid circulation loop, so that said loop is opened and old ATF from the transmission flows via a motor portion of the motor/pump unit to waste by reason of pressure provided by said internal transmission pump and drives a rotary pump portion of said motor/pump unit, and

flowing new ATF from said volume through said rotary pump portion of said motor/pump unit to said automatic transmission so as to effect a pseudo-closing of said external fluid circulation loop, whereby used ATF pumped out of said transmission by said internal pump is continuously replaced in substantially equal volume with new ATF from said volume by said motor/pump unit.

## 18

15. A method of exchanging used ATF with new ATF in an automotive automatic transmission having an internal pump and an external fluid circulation loop, said method comprising steps of:

providing a volume of new ATF;

connecting a positive-displacement rotary motor/pump unit into said external fluid circulation loop, so that said loop is opened and old ATF from the transmission flows via a rotary motor portion of the motor/pump unit to waste by reason of pressure provided by said internal transmission pump and drives a rotary pump portion of said motor/pump unit, and

flowing new ATF from said volume source through said rotary pump portion of said rotary motor/pump unit to said automatic transmission so as to effect a pseudo-closing of said external fluid circulation loop, whereby used ATF pumped out of said transmission by said internal pump is continuously replaced in substantially equal volume with new ATF from said volume by said rotary motor/pump unit.

16. A method of exchanging used power steering fluid with new power steering fluid in an automotive power steering system having a power steering pump and a fluid circulation loop including a power steering gear and a fluid reservoir, said method comprising steps of:

providing a source of new power steering fluid;

connecting a positive displacement motor/pump unit into said fluid circulation loop, so that said loop is opened and old power steering fluid flows from said power steering gear via a motor portion of the motor/pump unit to waste by reason of pressure provided by said power steering pump and drives a rotary pump portion of said motor/pump unit, and

flowing new power steering fluid from said source through said rotary pump portion of said motor/pump unit to said reservoir, whereby used power steering fluid pumped out of said power steering gear by said power steering pump is continuously replaced in equal volume with new power steering fluid from said source by said motor/pump unit.

17. A method of exchanging used power steering fluid with new power steering fluid in an automotive power steering system having a power steering pump and a fluid circulation loop including a power steering gear and a fluid reservoir, said method comprising steps of:

providing a source of new power steering fluid;

connecting a positive displacement rotary motor/pump unit into said fluid circulation loop, so that said loop is opened and old power steering fluid flows from said power steering gear via a rotary motor portion of the rotary motor/pump unit and to waste by reason of pressure provided by said power steering pump and drives the rotary pump portion of said motor/pump unit, and

flowing new power steering fluid from said source through said rotary pump portion of said rotary motor/pump unit to said reservoir, whereby used power steering fluid pumped out of said power steering gear by said power steering pump is continuously replaced in substantially equal volume with new power steering fluid from said source by said rotary motor/pump unit.

* * * * *

**EXHIBIT 2**

# EXHIBIT 2



US006112855A

# United States Patent [19]

## Camacho et al.

| [11] | Patent Number: | **6,112,855** |
|---|---|---|
| [45] | Date of Patent: | **Sep. 5, 2000** |

[54] **APPARATUS AND METHOD FOR CLEANING AN AUTOMOTIVE AUTOMATIC TRANSMISSION**

[75] Inventors: **Michael Camacho**, Rancho Cucamonga; **Dale Johnson**, Burbank; **Mark Sasaki**, Riverside, all of Calif.

[73] Assignee: **Wynn Oil Co.**, Azusa, Calif.

[21] Appl. No.: **09/089,024**

[22] Filed: **Jun. 2, 1998**

[51] Int. Cl.$^7$ ........................................................ F16C 3/14
[52] U.S. Cl. ........................... 184/1.5; 184/105.3; 285/12; 285/81; 285/308
[58] Field of Search ................................... 184/1.5, 105.3; 285/12, 305, 308, 81, 84

[56] **References Cited**

U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 4,436,125 | 3/1984 | Blenkush | 141/330 |
| 5,033,777 | 7/1991 | Blenkush | 285/317 |
| 5,165,727 | 11/1992 | Valley | 285/12 |
| 5,375,887 | 12/1994 | Johnson | 285/12 |
| 5,403,042 | 4/1995 | Negron | 285/12 |
| 5,447,184 | 9/1995 | Betancourt | 184/1.5 |
| 5,546,999 | 8/1996 | Parker | 184/1.5 |
| 5,845,943 | 12/1998 | Ramacier, Jr. et al. | 285/12 |

*Primary Examiner*—David M. Fenstermacher
*Attorney, Agent, or Firm*—Terry L. Miller

[57] **ABSTRACT**

A machine and method for cleaning an automotive automatic transmission by effecting the discharge of old used fluid from the transmission and the simultaneous replacement of this old fluid with new fluid on an exchange basis. The machine includes a set of primary hoses, a set of intermediate hoses, and a set of plural pairs of complementary adapter fittings which in combination adapt the machine for convenient service of a wide variety of automobiles and their transmissions. The primary hoses, intermediate hoses, and adapters are configured to fit together in a wide variety of different ways. This variability or flexibility of connection for the machine allows a very limited number of primary hoses, intermediate hoses, and adapters to interface the machine flexibly with a wide variety of different transmissions, and the different vehicles in which these transmissions are installed; all in accord with possibly differing preferences of particular service technicians who use the machine.

**20 Claims, 8 Drawing Sheets**



EX. **2** PG. **21**

**U.S. Patent**          Sep. 5, 2000          Sheet 1 of 8          6,112,855



*FIG. 1*



$FIG. 2.$





FIG. 3f.

FIG. 3g.

FIG. 3h.

FIG. 3i.

EX. 2 PG. 25

**U.S. Patent**          Sep. 5, 2000          Sheet 5 of 8          **6,112,855**



FIG. 3j.



FIG. 3k.



FIG. 3l.



FIG. 3m.

EX. __2__ PG. __26__



FIG. 4a.



FIG. 4b.

FIG. 4c.

FIG. 4d.

FIG. 4e.

EX. 2 PG. 28



*FIG. 5.*

6,112,855

# 1

## APPARATUS AND METHOD FOR CLEANING AN AUTOMOTIVE AUTOMATIC TRANSMISSION

### BACKGROUND OF THE INVENTION

#### 1. Field of the Invention

The present invention is in the field of apparatus and methods used to clean foreign material, varnish, oxidation products, metallic wear particles, and other environmental and operating residues from an automotive automatic transmission. More particularly, the present invention relates to a machine for connection in a relation of fluid flow recirculation or exchange with an automotive automatic transmission, and which provides for circulation of a cleaning fluid through the transmission, as well as for replacement of the used transmission fluid from the transmission with new fluid which is provided from a reservoir associated with machine. The machine includes a set of especially configured hoses each of which are fitted at their opposite ends with quick-disconnect couplings. One of the quick-disconnect couplings is configured to interface with the fluid exchange machine, and the other is configured to interface with any one of a variety of adapter fittings which are provided in a set. The set of fittings includes pairs of complementary adapter fittings. The pairs of adapter fittings of the set each include differently configured and complementary end fittings which on the one hand connect with the quick-disconnect couplings on the hoses and on the other hand also connect with various ones of the wide variety of fittings and connections used in various automotive vehicles and the wide variety of automotive automatic transmissions of these vehicles.

#### 2. Related Technology

A conventional cleaning machine for an automotive automatic transmission is known according to U.S. Pat. No. 5,337,708, issued Aug. 16, 1994 to We-Yu Chen. The '708 patent is believed to teach a transmission fluid change machine in which an external ATF circulation loop is opened, with part of the machine completing this loop in one mode of operation. The used transmission fluid, possibly with a transmission flushing solution, is circulated in the external circulation loop as completed by the machine. When operated in an exchange/refill mode, the machine receives old transmission fluid and supplies new fluid at a selected pressure or volume delivery rate. The machine is intended to be operated from the 12 volt power supply of the automobile or other automotive vehicle being serviced. The new transmission fluid tank of this device appears to be provided with a level sensor, so that the system can be reverted to loop configuration (filtration/flushing) should the level of new ATF drop too low. A pump is utilized to move new ATF from the fluid tank to the transmission being serviced. However, it is not clear from this patent that in the event the power supply to this device is interrupted or the pump ceases to operate, how the configuration of the device is reverted to loop form so that the transmission of the vehicle being serviced is not damaged by being operated with insufficient ATF. Although this patent asserts that a power failure will cause reversion of the apparatus to loop configuration in the event of a power failure, how this change in configuration is to be effected or powered is not set out.

Another conventional transmission fluid change apparatus is disclosed by U.S. Pat. No. 5,318,080, issued Jun. 7, 1994 to James P. Viken. The '080 patent is believed to disclose an apparatus in which supply of the new ATF is provided by a

# 2

pressurized storage container, which is pressurized by the used ATF withdrawn from the transmission. The storage container has a chamber which is separated into two sub-chambers expanding and contracting in opposition by a flexible wall. As used ATF from the transmission is received into one sub-chamber, new ATF is displaced from the other sub-chamber to the transmission. This device has the limitation that the volume of new transmission fluid supplied to the transmission can not easily exceed the volume of old fluid removed from the transmission. This may be a disadvantage because flushing of contaminated old fluid from the transmission may require infusion of more than an equal volume of new transmission fluid.

Yet another conventional transmission service machine is known according to U.S. Pat. No. 5,370,160, issued Dec. 6, 1994 to Zachary T. Parker. The '160 patent is believed to disclose a service machine in which the external ATF fluid return loop for the transmission is completed by a reservoir from which the fluid is drawn by a pump. Accordingly, in the event that operation of the pump is interrupted while the serviced vehicle continues to operate, the transmission of the vehicle is at risk of damage from dry running. A separate pump is used to supply new ATF to the transmission, but this pump may suffer from the same power supply interruption, so that the transmission is still at risk of damage from dry running. The Parker '160 patent does not appear to provide a closed external ATF circulation loop for the transmission being serviced (other than the one relying on operation of a pump), and does not use a three-way valve to complete or open such an external ATF circulation loop.

Still another conventional apparatus for exchanging the fluid of an automatic transmission is known in accord with U.S. Pat. No. 5,447,184, issued Sep. 5, 1995 to Eduardo Betancourt. The '184 patent is believed to disclose an apparatus in which a reservoir for new ATF is provided so that the volume of new fluid supplied to the transmission can exceed the withdrawn volume. The '184 patent appears to include a sensor operating a bell to bring the attendant's attention to the fact that the supply of new ATF is at risk of running out. However, if the attendant is not close at hand or is inattentive, the transmission may still be damaged if the supply of new ATF runs out while the transmission is being flushed. Still further, the device taught by the '184 is not believed to provide any safeguard to protect the automatic transmission in the event of a power failure to the apparatus while the transmission is being flushed during operation.

Finally, another conventional automatic transmission flush apparatus is known according to U.S. Pat. No. 5,472,064, issued Dec. 5, 1995. The feature which the '064 patent appears to contribute to the art is the use of a conventional directional flow control valve. This flow control valve allows connection of the apparatus to the external ATF circulation loop (i.e., the ATF cooler loop) of the transmission with no need to take note of the direction of fluid circulation in this loop. If the internal fluid flow direction of the apparatus happens to be correct, there is no need to change the valve position. In the event the internal fluid flow direction of the apparatus is incorrect, then reversing the position of the flow control direction valve will match the internal flow direction to the direction of the fluid flow in the external ATF flow loop of the transmission.

A persistent problem and disadvantage with all of the conventional machines noted above for service of an automotive automatic transmission, as well as with other conventional machines for this purpose, is that the machines each require a great number of hoses, fittings, and adapters in order to interface in fluid recirculation and exchange

6,112,855

3

relationship with the wide variety of different automotive automatic transmissions, and the vehicles in which these transmissions are installed. That is, automotive automatic transmissions generally have a transmission fluid cooler, which in some cases is configured as a liquid-to-air heat exchanger mounted near the vehicle's radiator, and in other cases is configured as a liquid-to-liquid heat exchanger (i.e., transferring heat from the transmission fluid to engine coolant, which is then cooled in the "radiator" (which itself is a liquid-to-air heat exchanger). In many cases, the fittings and adapters are configured as end termination structures which are permanently attached to lengths of hose, sometimes including sections of rigid metal tubing permanently attached to lengths of hose, and to which an end termination fitting or coupling is permanently secured.

Accordingly, a wide variety of differing sets of hoses, adapters, couplings, and fittings have been provided for use with these machines. Depending upon the variety of such fittings, couplings, and adapters, various ones of the conventional machines may or may not be able to service the automatic transmissions of particular automotive vehicles. That is, the proper set a couplings, adapters, and fittings may not be available for some vehicles. Further, the variety of hoses, adapters, couplings and fittings, has necessitated the provision of a considerable storage space for all this equipment. And service technicians must study instructions for all these couplings, fittings, hoses, and adapters, or simply figure out an arrangement on their own, in order to service the transmission of various vehicles. Dependent upon the ingenuity of particular service technicians, a convenient or more difficult interconnection with a particular vehicle may be accomplished.

In other words, conventionally, this large number of hoses, fittings, couplings and adapters that are encountered in servicing of automotive vehicles has been considered necessary in order to interface with the great variety of differing transmission installations and connections provided by the large number of differing vehicles encountered in a contemporary automotive service environment. A disadvantage of the large number of hoses in addition to the storage space required for these in a service area, is the necessity for a service technician to deal with a long and heavy piece of hose while making the interconnections of this hose to a vehicle being serviced. After the hose is interconnected with a vehicle to be serviced, then the hose is connected to a service machine, and the service procedure can begin. However, access in many modern cars and other vehicles to the transmission fluid cooler loop is not easy. Having to deal with this commonly restricted access and to also manipulate a cumbersome length of hose while making the connections is not an easy task.

Further, in addition to representing a considerable investment in hardware, some of which is only rarely used, this large number of hoses, fittings, and adapters disadvantageously requires a considerable storage space in, adjacent to, or accessible conveniently close to a transmission service machine. Also, because of the large number of hoses, adapters, and fittings, there also is presented the possibility that the service technician who uses the machine will use an incorrect fitting or adapter, possibly resulting in leakage of transmission fluid. Further, the great number of hoses, fittings, and adapters required by conventional transmission service machines provides an abundant opportunity for the service technician to lose or misplace a hose or fitting, so that some vehicles can not be serviced until a replacement is obtained.

In view of the above, it would be desirable to provide a machine and method to service an automotive automatic

4

transmission which machine and method requires a greatly reduced number of hoses, adapters, and fittings in comparison to conventional machines of this type in order to interface with the transmissions of the most commonly encountered automotive vehicles in the contemporary service environment.

## SUMMARY OF THE INVENTION

In view of the above, it would be an advantage, and is an object of the present invention, to provide a machine and method for cleaning a variety of different automotive automatic transmissions which avoids one or more of the deficiencies of the conventional related technology.

An additional object of this invention is to provide a machine and method for cleaning a variety of different automotive automatic transmissions which requires a greatly reduced number of hoses, adapters, and fittings to interface the machine in fluid recirculation and exchange relationship with the commonly encountered variety of transmissions.

Yet another object for this invention is to provide an automotive transmission service machine which includes a pair of hoses respectively for conducting transmission fluid from a transmission to the machine, and from the machine back to the transmission; along with a set of adapters and fittings interfacing with these hoses to adapt the one pair of hoses to a wide variety of automotive vehicles and the transmissions of these vehicles, so that the fluid recirculation and exchange relationship of the machine with the automotive transmission is effected via a pair of hoses, interfaced with appropriate fittings and adapters.

Accordingly, the present invention according to one aspect provides a machine for service of an automotive automatic transmission, which transmission has an external fluid circulation loop, said machine being effective for use in interrupting said external fluid flow loop at a coupling therein and to effect exchange of used transmission fluid from the transmission with new fluid from a supply thereof, said machine comprising: a first fluid flow conduit for conducting used transmission fluid from the transmission to a waste container, and a second fluid flow conduit for conducting new transmission fluid from a source thereof into the transmission; a pair of elongate primary hoses, each one of said pair of primary hoses defining a respective portion of one of said first conduit and of said second conduit, each one of said pair of primary hoses including at a distal end thereof a respective one of a pair of substantially identical first quick-disconnect coupling portions; an intermediate pair of hoses each one including at a proximal end thereof a respective one of a pair of substantially identical second quick-disconnect coupling portions complementary to said first quick-disconnect coupling portions, and at a distal end thereof each one of said another elongate pair of hoses having a respective one of pair of substantially identical additional quick-disconnect coupling portions; and a pair of adapters each one having a substantially identical first end portion complementary to and sealingly engageable with one of said pair of additional quick-disconnect coupling portions, and a second end portion providing a termination feature complementary to said coupling of said external fluid circulation loop; whereby said pair of adapters form a fluid flow connection between said external fluid circulation loop of said transmission and said first conduit and said second conduit.

According to another aspect, the present invention provides a set of adapters for use with a machine for changing fluid in an automotive automatic transmission on an

6,112,855

5

exchange basis for new fluid, the set of adapters including plural pairs of adapters each pair of which is complementary at one end to one another and to a particular coupling on an automotive vehicle, the pairs of adapters each also including a second end all of which are substantially identical to one another.

A better understanding of the present invention will be obtained from the following description of a single exemplary preferred embodiment of the present invention taken in conjunction with the appended drawing Figures, in which the same reference numeral is used though out the several views to indicate the same feature, or features which are analogous in structure or function. It will be understood that the appended drawing Figures and description here following relate only to one exemplary preferred embodiment of the invention, and as such, are not to be taken as implying a limitation on the invention. No such limitation on the invention is implied, and none is to be inferred.

## BRIEF DESCRIPTION OF THE DRAWING FIGURES

FIG. 1 provides a schematic depiction of an automotive automatic transmission in combination with an engine, a transmission fluid cooler, and a machine according to the present invention;

FIG. 2 provides a perspective view of a machine which physically embodies the present invention, and which includes a set of four hoses (three of which are fragmentarily depicted) each of a different configuration, and which are used two at a time to interconnect the machine with an automatic transmission in a vehicle;

FIGS. 3a through 3m provide illustrations of an exemplary set of adapters including fittings for interface on the one hand with any one of the set of hoses seen in FIG. 2, and on the other hand adapting the hoses for interface in fluid flow connection with a variety of automotive automatic transmissions, thus to interface a physical implementation of the machine schematically depicted in FIG. 1 (and as seen in FIG. 2) to an automotive automatic transmission;

FIG. 4a and FIGS. 4b–4e respectively provide an exploded perspective view and fragmentary cross sectional views of a coupling structure making up part of each one of the conduits seen in FIG. 2, and which can interconnect a part of any one of the adapters seen in FIG. 3;

FIG. 5 provides a fragmentary pictorial illustration of an exemplary example of an actual connection of the machine of FIGS. 1 and 2 to an automotive automatic transmission in an exemplary vehicle using two of the set of four hoses seen in FIG. 2, and a selected pair of adapters from the set illustrated in FIG. 3.

## DETAILED DESCRIPTION OF AN EXEMPLARY PREFERRED EMBODIMENT OF THE INVENTION

An overview

Referring to the appended drawing Figures, with attention first to FIG. 1, the numeral 10 indicates an automotive power train including an engine 12, an automatic transmission 14 driven by the engine 12, and a transmission fluid cooler 16. The power train 10 is disposed in an automotive vehicle, generally indicated with numeral 10a. It is to be understood that the vehicle 10a may be an automobile, truck, bus, or other type of automotive vehicle having an automatic transmission. The rest of the power train 10 may include, for example, a drive shaft or axle shafts and driving road wheels, all of which will be so well understood by those

6

ordinarily skilled in the pertinent arts that it is not illustrated in FIG. 1. The transmission fluid cooler 16 may be associated with a coolant radiator (not shown) of the engine 12 (i.e., a liquid-to-liquid type of cooler or heat exchanger) or may be a separate liquid-to-air cooler (i.e., heat exchanger). In high performance, heavy-duty, or tow-vehicle installations, the transmission 14 may be provided with both a radiator-associated transmission cooler (liquid-to-liquid) and also with a separate air-cooled (liquid-to-air) transmission cooler. All of these alternative possibilities for the automatic transmission cooler 16 (and others) are subsumed in the generic cooler indicated with the numeral 16.

In each case, the automatic transmission 14 is connected to the transmission cooler 16 by a hot-side supply conduit 18. During operation of the engine 12, an internal pump (not shown) of the automatic transmission 14 provides pressurized transmission fluid via the conduit 18 to the cooler 16. This transmission fluid will have been heated by operation of the transmission 14. A cool-side return conduit 20 returns transmission fluid from the cooler 16 to the transmission 14. Accordingly, it is seen that a first external transmission fluid circulation loop (indicated with the numeral 22) is cooperatively defined by the supply conduit 18, cooler 16, and return conduit 20.

In order to connect a transmission cleaner machine (which is generally indicated with the numeral 24) to the transmission 14, the first loop 22 is interrupted (as will be described), and is expanded to include an additional second fluid flow loop (indicated with numeral 26) defined within the machine 24. The loop 26 of machine 24 includes an intake conduit 28 in which a fluid flow meter 30 is interposed. Conduit 28 connects to a three-way valve 32 at a first (input) port 34. From a second port 36 of valve 32 a conduit 38 extends back to the power train 10, and has a check valve 40 and T-connection 42 interposed therein. As will be explained, the three-way valve 32 is biased to a fail-safe position in which port 34 is connected only to port 36, so that conduit 28 is connected only to conduit 38 and the loop 26 is completed for fail-safe operation of the transmission 14. By "fail safe" is meant that damage to the transmission of a vehicle cannot occur because of running of the vehicle engine while the transmission has insufficient fluid, even if the vehicle being serviced is allowed to run after electrical power supply to the machine 24 has been interrupted, or the machine has been allowed to run out of new transmission fluid, as will be seen.

As mentioned, the connection of the loop 26 into the loop 22 (expanding the latter) will require that either or both of the conduits 18 and 20 is opened somewhere along its length, or is disconnected either at its connection to the transmission 14 or at the cooler 16. In the event that only conduit 18 is opened, as is indicated at the "X" marked with the numeral 44, then the upstream part (18a) of conduit 18 is connected to conduit 28, as is indicated by one dashed line. The return conduit 38 is then connected to the downstream part (18b) of conduit 18, as is indicated by one of the dashed lines. In the event that only conduit 20 is opened, as is indicated at the "X" marked with the numeral 46, then the upstream part (20a) of conduit 20 is connected to conduit 28, as is indicated by one dashed line. The return conduit 38 is then connected to the downstream part (20b) of conduit 20, as is indicated by one of the dashed lines. If the decision by a service technician is made to interrupt both conduits 18 and 20, then the cooler 16 will be temporarily removed from loop 22. The upstream conduit part 18a is be connected to conduit 28 at "X" 44, and the return conduit 38 is connected to return conduit part 20b at "X" 46.

In any of these cases described immediately above, and dependent upon the particulars of the vehicle being serviced

6,112,855

7

and how a service technician decides to connect the machine 24 in order to service the transmission 14 when the engine 12 is operated, the internal pump of the transmission 14 circulates transmission fluid through the loop 26. During this operation, the technician may observe the rate of fluid circulation at the meter 30.

As will be seen, a cleaning material according to the present invention may be added to the transmission 14 in order to facilitate suspension of dirt, contaminants, and wear particles therein. In order to allow removal of used trans- mission fluid from the transmission 14, which will also carry the suspended dirt, contaminants, and wear particles out of the transmission 14, the machine 24 includes a spring-loaded solenoid 48 which is operatively connected to three-way valve 32 (as is indicated by dashed line 50). When energized, the solenoid 48 shifts the three-way valve 32 so that port 34 is connected only to a port 52. The solenoid 48 is back-driveable by its own spring load when deactivated to return the three-way valve 32 to its first position from the second position of this valve. A conduit 54 extends from port 52 to a waste container 56. During removal of transmission fluid, the technician may observe the rate of fluid flow to the waste container at flow meter 30. It will be noted that when the solenoid 48 is energized, the loop 26 (and therefor, the loop 22 as well) is opened and dumps into waste container 56.

In order to allow removal of used transmission fluid from the transmission 14 to waste container 56 while ensuring that the transmission does not suffer from an insufficient fluid level, the machine 24 includes a supply tank 58 for fresh transmission fluid 60. A conduit 62 extends from near the bottom of tank 58 to the T-connection 42. Interposed in this conduit is a pump 64. Immediately downstream of the pump 64 is located a T-connection 66 to conduit 62, and from which a return conduit 68 extends back to the tank 58. A pressure relief valve 70 is interposed in conduit 68. Downstream of the T-connection 66, a variable flow control valve 72, a flow meter 74, and a check valve 76 are interposed in the conduit 62. The check valve 76 is located adjacent to the T-connection 42.

Operation of pump 64 removes fresh transmission fluid from the tank 58 and delivers this fluid to the transmission 14 via conduit 62, conduit 38, and the part of loop 22 downstream of the "X" connection 44 or 46 in effect. During removal of old transmission fluid and replacement of this fluid with fresh fluid from tank 58, the technician matches the flow rates on flow meters 30 and 74 by manipulation of flow control valve 72.

In order to insure fail-safe operation of the machine 24, a sensor 78 is provided on tank 58 to insure an adequate supply of fresh transmission fluid 60. Sensor 78 is depicted as being of a float-type, but a variety of liquid-level sensors may be used. Sensor 78 is interfaced with solenoid valve 48 and with pump 64 by a safety interlock circuit, indicated by dashed line 80. The safety interlock circuit 80 will not allow solenoid 48 to be energized unless the sensor 78 indicates that an adequate supply of fresh transmission fluid is present in tank 58, and pump 64 is in operation. When these conditions exist, the service technician may initiate transmission fluid withdrawal and replacement by actuating an input control 82 to the safety interlock circuit 80. The input control 82 may take the form of a push button switch which the technician actuates to begin withdrawal of old transmission fluid into waste container 56 and the replacement of this old fluid with new fluid from supply tank 58.

During such withdrawal and replacement of transmission fluid, should the pump 64 be stopped (i.e., possibly because

8

of an interruption of electrical power supply to pump 64 or to the machine 24), or should the sensor 78 indicate that the level of fresh transmission fluid 60 has dropped too low, then the safety circuit 80 will disable solenoid 48, and the spring-loaded valve 32 will return to the position connecting port 34 only to port 36. Thus, in the event of either a cessation of operation of the machine 24, or of a shortage of fresh transmission fluid 60, the loop 26 is restored, and the transmission can not run out of fluid and be damaged by dry running. A similar sensor 78a may be provided on waste container 56 to prevent the overflowing of this tank in the event the service technician forgets to empty this container for recycling frequently enough. The sensor 78a may optionally be provided as a safety factor to prevent overflow of old transmission fluid, and if it is not employed the fail-safe aspect of the present service machine would remain fully in effect.

An Exemplary Implementation of Machine 24

Viewing now FIG. 2, a machine embodying the present invention (also indicated with the numeral 24 and having a housing 24a within which the machine elements of FIG. 1 are received) is seen. This machine 24 additionally provides two elongate hoses 84a, and 84b, which each include at a distal end thereof a respective female portion 86a, 86b of a quick-disconnect coupling structure. Female coupling portions 86a and 86b are substantially the same. Respective male coupling structure portions 88 of the quick-disconnect coupling structures (i.e., each complementary to and capable of interconnection with either of the female portions 84a and 84b) are disposed at proximal ends of each one of four intermediate hoses 90a, 90b, 90c, and 90d. As can be seen in FIG. 2, these intermediate hoses 90a–d are provided in two pairs, with each pair including two substantially identical intermediate hoses. One pair of the intermediate hoses 90a, and 90b provide at their distal ends a respective straight female quick-disconnect coupling structure, each referenced with the numeral 92a, while the other pair of intermediate hoses 90c and 90d provide a similar female quick-disconnect coupling structure (referenced with the numeral 92b) differing from the structures 92a only in that they have an L-shaped configuration.

Male coupling portions (all generally identified with the numeral 122, as will be seen below), which are complementary to the female quick-disconnect coupling portions 92a and 92b will be seen below to be integrally formed each as part of an individual one of a set of adapters to be further described below. It will be understood that any one of the intermediate hoses 90a–90d can be connected to machine 24 as will be described.

Dependent upon the particulars of access to the conduits 18 and 20 (i.e., to the transmission connections of these conduits, and to the transmission cooler connections of these conduits in a particular vehicle to be serviced) a service technician will select two of the intermediate hoses 90a–d for use in servicing the particular vehicle. Thus, any one of the four intermediate hoses 90a–90d can be connected alternatively and completely interchangeably to either of the connectors 86a and 86b of the machine 24, and can thus be used to define a respective part of either conduit 28 or of conduit 38 (i.e., recalling the alternative connections indicated by dashed lines in FIG. 1). It is seen that in the present machine, a wide variety of interconnection possibilities for connecting the machine to a wide variety of vehicles is provided by the use of only the four intermediate hoses 90a–d, as is illustrated in FIG. 3 (to be further described below). This flexibility of selection for service of a variety of

6,112,855

9

automobiles with a relative few components for the machine 24 expands the utility of the machine 24 very economically. Further, as will be further seen, the utility of the machine 24 and of intermediate hoses 90a–b is expanded yet again at the point of fluid flow interface with the vehicles to be serviced by the completely interchangeable and complementary pairs of adapters (seen in FIG. 3) which are provided to connect with the wide variety of service and connection fittings on vehicles to be serviced using the machine 24.

Interconnection of Intermediate Hoses 90a–d with Machine 24

Further to the above, it is seen that each of the distal end terminations of intermediate hoses 84a, 84b includes and is defined by a respective female coupling structure, generally indicated with numeral 92a or 92b, as is more particularly seen in FIG. 4a, and recalling FIG. 2. Each coupling structure 92 includes an elongate body 94 of generally tubular configuration providing in the case of couplings 92a a stepped through bore 96 extending through the coupling structure 92 to communicate with a respective end portion of one of the intermediate hoses 84a. In the case of the coupling structures 92b, the body 94 includes a L-shaped passage 96a (indicated by an arrow on FIG. 2) and similarly communicating with a respective one of the intermediate hoses 84b. It will be noted that in FIG. 4a only one end of the through bore 96 is seen. All of the female coupling structures 92 are substantially the same, except as is noted. Thus, in the following description, only the straight coupling structures 92a are described in detail, with the coupling structures 92b being understood to be substantially similar.

Turning to FIG. 4, it is seen that the coupling structure 92 includes a body 94 having an elongate tubular section 98, carrying a hose barb section 98a. In the case of the straight couplings 92a on hoses 84a (i.e., straight or aligned with the hose), tubular section 98 is straight. On the other hand, as is illustrated in FIG. 2, the coupling body 94 of the coupling structures 92 on hoses 84b (i.e., L-shaped or providing a 90° connection relative to the length of the intermediate hoses 84b) are each of elbow shape. In this way, a service technician having the hoses 84a, 84b available will chose the two of these four hoses giving best access to the location chosen on a particular vehicle to be serviced in order to connect with the conduits 18 or 20 of the vehicle (recalling the description above of how the machine 24 interfaces with the fluid flow of a transmission in a vehicle).

Continuing now the consideration of the female coupling structures 92, viewing still FIG. 4a, it is seen that the bore 96 includes a cylindrical section 96a opening on the end of the coupling structure 92, and into which a male coupling portion 126 of a representative one of the adapter members 100 (to be further described below) may be sealingly received in order to facilitate fluid flow connection with the respective hose 84a, 84b. On FIG. 4a, this male coupling portion 126 is illustrated along with an adapter (i.e., adapter 100b) seen in FIG. 3b, which is merely representative at this point as an assistance to the reader, and which will be further described below. A further description of the structure and operation of the coupling structure 92 will be given below after a consideration of the wide variety of complementary adapter fittings 100 (the reader will be referred to FIG. 3 for a description of these) which can interchangeably couple with the coupling structures 92.

Providing for Convenient Connection of Machine 24 to a Variety of Vehicles

Viewing now FIG. 3, the details of various ones of a plurality of adapter fittings is illustrated (each generally referenced with the numeral 100 having an alphabetical

10

suffix added) each of which also form a respective male coupling portion 126 for fluid flow interface with the coupling structures 92. As will be seen, the adapters 100 of FIG. 3 are generally provided in complementary counterparts, or complementary pairs, so that when the transmission cooler fittings of a particular vehicle are opened in preparation for servicing the transmission, one adapter 100 fits on and connects to the fitting of the automobile on one side of the opened conduit 18 or 20, and another adapter 100 (usually the other adapter of a complementary pair) fits on and connects to the other fitting of the automobile on the other side of this opened conduit. Further, the adapters 100 are each complementary at one end to a quick-disconnect fitting provided as part of the intermediate hoses 90. In other words, the adapters 100 at one end are complementary of one another and of fittings on a vehicle, and at the opposite end are complementary of the quick-disconnect fittings of the hoses 90 by means of an integral portion of each adapter. Further, the adapters 100 or very compact.

Two adapters which at first blush might be thought to be exceptions to this rule of complementary pairs for the adapters 100 are seen in FIGS. 3a and 3b. These two adapter fittings are intended to be used on automobiles in which the transmission cooler conduits are at least in part defined by flexible hose, and are connected to hose barbs. In servicing this type of installation, the technician will disconnect the hose of the automobile from its hose barb, and use one of the fittings 100a or 100b to connect with this disconnected hose. In order to connect with the exposed hose barb of the automobile, the technician will use another fitting 100a or 100b and a short section of matching hose. Thus, the fittings 100a and 100b are provided in pairs of two identical fittings and are not alone complementary to one another. However, while they are in use to service a vehicle, these fittings 100a and 100b are made complementary by the use of a piece of matching hose.

Continuing this description, in FIG. 3a is seen an adapter 100a having an elongate straight tubular body 102a. This tubular body 102a outwardly defines a stepped series of hose barb sections 104a, 104b, and 104c. The body 102a defines a through bore 106a for communicating transmission fluid through the adapter 100a. In the servicing of a vehicle using a hose to connect transmission fluid to or from the cooler 16 (thus forming a portion of conduit 18 or 20), the technician may choose to disconnect this hose and to use of the adapter 100a to interface with the end of the disconnected hose. As described above, another adapter 100a may be connected with the fitting from which the hose of the automobile has been removed.

FIG. 3b shows an adapter 100b which is similar to the adapter 100a, and which also includes a body 102b of elongate tubular configuration. This body 102b defines a through bore 106b, and outwardly defines a single hose barb section 104d of a selected size. The adapter 100b may be provided in a variety of sizes each having a different size of hose barb 104d.

FIGS. 3c, 3d, 3e, and 3f introduce a family of adapters 100c, 100d, and 100f, which each has a respective elongate tubular body 102c, 102d, and 102f. Outwardly, the bodies provide a surface portion (indicated with the numerals 102c', 102d', and 102f') which provides for wrenching of the adapter. In the case of adapter 102c of FIG. 3c, the wrenching surface 102c' is a smooth cylindrical surface, and a pipe wrench is intended to be used on this surface. The bodies 102c–102e each define a through bore (indicated with numeral 106 with the appropriate suffix). Each of these adapters 100c–100f includes a respective integral end ter-

6,112,855

11

mination portion 108c, 108d, and 108f. In the case of adapter 100c, the end termination portion outwardly defines a male pipe thread. Various adapters 100c may be provided with pipe thread portions 108c of various sizes of male pipe thread. Adapter 100d (seen in FIGS. 3d and 3e) includes a termination portion 108d outwardly defining a straight male thread, and inwardly providing a stepped cylindrical bore 110 with a bore portion 110a for sealingly receiving an O-ring sealing member. Those ordinarily skilled in the pertinent arts will recognize that adapter 100d provides for sealing interface with O-ring type male tubular fittings which have a captive nut for threaded engagement with the thread on portion 108d (see, FIG. 3m for an example of this type of fitting as part of one of the complementary adapters of the present invention). Again, various adapters of the type seen in FIGS. 3d and 3e may be provided in a variety of sizes.

FIG. 3f illustrates an adapter 100f which at end portion 108f is configured as a male flare tube fitting. That is, the adapter 100f at portion 108f will sealingly interface with transmission cooler fittings or with conduits which employ a female flare tube fitting (see, FIG. 3h for an example of this type of fitting as a part of one of the complementary adapter fittings of the present invention). As will be understood, when this type of fitting on a vehicle is opened, one male side and one female side of the opened fittings is presented. As will be seen, the complementary pairs of adapters 100 provide for this eventuality. Again, adapters 100f of various sizes may be provided.

FIG. 3g illustrates one of a family of adapters 100g which may be provided in various sizes as needed. The adapter 100g includes an elongate tubular body 102g having an elongate tubular termination portion 110 which outwardly defines a cylindrical surface 110g. The portion 110 ends in a flare part 110g', and a sleeve member 112 is rotatably carried on portion 110 captured between the flare part 110g' and a shoulder 114 on the body 102. The sleeve member 112 outwardly defines a straight male thread 112a and includes a hexagonal surface portion 112b providing for wrenching of the adapter. This type of fitting will interface with vehicles using flared tube fittings with male seats in the female portions of the fittings (see, FIG. 3j for an example of this type of fitting as a part of one of the complementary adapter fittings of the present invention).

The fitting 100g shown in FIG. 3g is of a 45° flare configuration, but those ordinarily skilled will recognize that other types of flare tube fittings of this design may be provided with flare angles other than 45°. AN type fittings, for example, may use a flare angle that is other than 45°. Thus, an adapter 100g as is shown in FIG. 3g, but with a flare angle other than 45° may be employed as necessitated by the vehicles to be serviced using machine 24.

FIGS. 3h through 3k illustrate another family of adapters 100h, 100j, and 100k, which also may be provided in various sizes dependent upon the requirements of vehicles to be serviced with machine 24. FIGS. 3h and 3i depict an adapter 100h which has an integral end termination portion 108h outwardly providing a surface portion 108h' which is configured in a hexagonal shape to allow wrench engagement with the adapter. Inwardly, this adapter 100h provides a bore 116h with straight female thread 116a leading to a female tapered seat 118h (seen in FIG. 3h only). Those ordinarily skilled will recognize that the adapter 100h will interface with a fitting of the type also requiring use of the adapter 100f shown in FIG. 3f. That is, when a vehicle having this type of fittings is serviced, the fittings are opened, and one side connects to an adapter 100f, while the other side connects to an adapter 100h.

12

FIG. 3j depicts another adapter of this family, which adapter 100j has an integral end termination portion 108j outwardly providing a hexagonal surface portion 108j', and which inwardly provides a bore 116j with a respective straight female thread 116a. In this case, the thread 116a leads to a male tapered seat 118j. Those ordinarily skilled will recognize that the adapter 100j will interface with a fitting of the type also requiring use of the adapter 100g shown in FIG. 3g.

Finally, FIG. 3k shows an adapter of this same family which has a termination portion 108k inwardly providing a respective female pipe thread 116a. This adapter is used as the counterpart or complement to the adapter of FIG. 3c.

FIGS. 3l and 3m illustrate two additional adapters, which are respectively counterparts of the adapters seen in FIGS. 3g and 3e/e. The adapter of FIG. 3l has an elongate tubular body 1021 upon which a nut member 1181 is captively retained between a shoulder 1201 and a ring part 1241. The nut member 1181 has a surface portion 1181' configured hexagonally to allow wrench engagement. Also, the ring part 1241 of the body 1021 is welded to the reminder of this body so that the nut member 1181 is permanently rotationally retained on the adapter 1001. The termination portion 1081 of this adapter 1001 is configured to interface with a fitting counterpart to the flare tube fitting that is shown in FIG. 3g, although this form of flare tube fitting will use a shorter sleeve member than the one shown in that drawing Figure.

In the case of the adapter 100m shown in FIG. 3m, this adapter is a counterpart of the adapter seen in FIGS. 4d/e. The adapter of FIG. 3m has an elongate tubular body 102m upon which a nut member 118m is Captively retained between a shoulder 120m and a ring part 124m. The nut member 118m has a surface portion 118m' configured hexagonally to allow wrench engagement. Also, the ring part 124m of the body 1021 is welded to the reminder of this body so that the nut member 118m is permanently rotationally retained on the adapter 100m. The termination portion 108m of this adapter 100m is configured to provide a shoulder against which an O-ring sealing member seats, and can interface with a fitting counterpart to the O-ring adapter shown in FIGS. 3d/e.

Interconnecting Adapters 100 and Hoses 84a/b

Reviewing FIG. 3, it is seen that each adapter 100 includes a male coupling portion 126 which is stepped with a smaller diameter portion 126a and a larger diameter portion 126b cooperating to provide a shoulder 128, both portions 126a and 126b are tubular and of cylindrical shape. The bore 106 opens centrally on the male coupling portion 126. Along its length, the male coupling portion 126 defines a pair of spaced apart circumferential grooves 130 and 132. Groove 130 closest to the end of portion 126a receives an O-ring 134 while groove 132 adjacent to shoulder 128 remains open.

Returning to a consideration of the couplings 92, one example of how the hoses 84a and 84b may be joined sealingly to their respective coupling structures 92 is seen in FIG. 4a. In this example, each hose is sealingly secured to a respective coupling structure 92 by means of a malleable ring 136 which is swaged to a smaller diameter after the end portion of the respective hose is slipped onto the hose barb section 98a. Those ordinarily skilled in the pertinent arts will understand that other alternatives are available by which the hoses 84a and 84b may be sealingly joined to their respective female coupling structures 92.

At the end of body 94, as is best seen in FIG. 3a, this body includes a pair of axially extending D-shaped bosses, each indicated with the numeral 138. These D-shaped bosses 138

6,112,855

13

each have a respective flat face 138a, which faces are spaced apart on opposite sides of the opening of bore 96. Each boss 138 also defines a laterally extending groove 140, which is disposed toward the groove of the other of the pair of bosses 138, so that the pair of grooves 140 cooperate to define a laterally extending guide way, the center of which is indicated with a dashed line and numeral 140a. Slidably received in the guide way 140a is an apertured plate-like retainer member 142 having a pair of spaced apart straight and parallel side edge portion 142a, each of which is slidably received in one of the grooves 140. This retainer member 142 defines an aperture 144, which is sized to be slightly larger than the opening of bore 96, and is large enough to pass the male coupling portion 126 of any one of the adapters 100 (recalling the descriptions of FIG. 3).

The aperture 144 is somewhat keyhole shaped, and has a stepped recess 146 about midway between the side edge portion 142a, viewing now FIGS. 4a–4e in conjunction with one another. This recess 146 includes a smaller sized portion 146a leading to a larger sized portion 146b, which communicates with the remainder of the aperture 144. Aligning with the recess 146, the body 94 defines a blind bore 148 spaced from and parallel with bore 96. Received into the bore 148 is a coil compression spring 150, which seats against the blind end wall 148a of the bore 148, and a stepped and headed plunger member 152. Plunger member 152 has a smaller-sized stepped section 152a (best seen in FIG. 4a), which is sized to fit in portion 146a of recess 146. A larger-sized stepped section 152b of the plunger 152 is sized to fit in portion 146b of recess 146. This plunger member 152 also has a body portion 152c and a head portion 152d, both of which are sized to slidably fit into bore 148. Retainer member 142 includes a connecting section 142b aligning with the recess 146, and also includes a thumb-tab 154 aligning with a blind radially extending bore 156. A coil compression spring 158 is received into the bore 156, and seats against the blind end wall 156a of this bore. An end of spring 158 engages against the thumb-tab 154 to resiliently urge this thumb-tab (and retainer member 142) upwardly as viewed in FIG. 4.

In view of the above and with reference to FIG. 4, it can be seen that during assembly of the coupling 92, the spring 150 and plunger 152 are received into and are held entirely into the bore 148. Next, retainer member 142 is then slid laterally into grooves 140 so that the portion 142b of the retainer member passes over bore 148 and the head portion 1152d of this plunger member is received into and extends partially outwardly through the aperture 144 at recess 146. In order for the head portion 152d of the plunger member 152 to extend outwardly via aperture 144, the retainer member 142 must be moved along grooves 140 in the direction of the arrow on thumb-tab 154 so that the aperture 144 is beyond alignment with bore 96. The retainer member 142 is then allowed to return under the bias of spring 158 into a position of alignment at aperture 144 with bore 96, viewing FIG. 4c. This position of the retainer member 142 is its first position. This first position for retainer member 142 is seen in FIGS. 4b and 4c. Stated again, in this first position of the retainer member 142 relative to the body 94, the portion 152b of plunger member 152 is received into recess portion 146b, and holds the retainer member 142 with aperture 144 in alignment with bore 96.

In this first position of the retainer member 142, the portion 126a of an adapter 100 may be inserted into bore 96. As the groove 132 comes into alignment with retainer member 142, viewing FIGS. 4d and 4e, the head portion 152d of the plunger member 152 is engaged by shoulder

14

128, and is pushed inwardly, releasing the latching of retainer member 142 from its first position. Thus, this retainer member 142 is released by plunger 152 to be moved by spring 158 to a second position in which the portions 144a are received in the groove 132, and the adapter member 100 is thus latched into engagement with a coupling assembly 92, viewing FIG. 4d.

Understandably, release of the adapter 100 from the coupling assembly 92 requires only that the thumb-tab 154 be pressed slightly downwardly as is indicated by the arrow on this thumb tab in FIG. 4a. This downward movement of the retainer member 142 will release the portion 144a from the coupling assembly 92, and will also allow the plunger member 152 to latch the retainer member 142 again in its first position, as is seen in FIG. 4b. Because of the presence of the portion 126a of an adapter 100 in the bore 96, the retainer member 142 is not able to move far enough in the direction of the arrow on FIG. 4a to result in the plunger 152 being released from bore 148. It will be understood that other designs of quick-disconnect couplings may be used to interface the adapters 100 with the intermediate hoses 90.

An Example of the Use of Machine 24

Viewing now FIG. 5, an example is pictorially presented showing the under-hood area of the an exemplary vehicle 160 having an automatic transmission cooler connection into an end tank of the vehicle's radiator, which is indicated with arrowed numeral 160a. Also shown is the use of a pair of adapter fittings 100 to interconnect the machine 24 with this vehicle. In this case, the service technician has selected adapter fittings 100g and 100j (FIGS. 3g and 3j, respectively) which are complementary to one another, and also to the existing fittings for the transmission cooler connection 160a of this particular vehicle. The service technician has disconnected the two parts of the connection 160a from one another (as is seen in FIG. 5), and has then connected the adapters 100g and 100j to the fittings of the vehicle 160. It will be noted that while connecting the adapters 100 within the confines of the under-hood area of the vehicle 160, the service technician has only to deal with the relatively small and easily handled pair of complementary adapters. Thus, a greater convenience and additional room for hands is provided by the small size of these adapters in the frequently-cramped working area available for the connection of machine 24 to the vehicle 160.

In order to interconnect the two selected ones of the intermediate hoses 90a–d, the technician selects the pair of these intermediate hoses giving best access to the particular vehicle, and connects these intermediate hoses to the hoses 84a and 84b at couplings 86a and 86b. Thus, a configuration of hoses is created which will substantially form the conduits 28 and 38 (recalling the description above). Those ordinarily skilled in the pertinent arts will recognize that the selection of the most appropriate two of the four intermediate hoses is within the judgment of the service technician, and that many vehicles present the possibility that other combinations of the intermediate hoses and adapter fittings will be used to agree with the particular needs and preferences of the vehicles and of the personal choices of the technicians servicing these vehicles. For example, a technician who is left-handed may choose a different place of access to a vehicle than a technician who is right-handed, and may accordingly use a different combination of intermediate hoses and adapters. In this case, the service technician has chosen to connect the pair of hoses 90a and 90b, each with a straight or in-line shape of end portion, as was seen in FIG. 4. Again, another different technician may have chosen the intermediate hoses 90c and 90d for use on this same vehicle. The intermediate hoses are coupled to the adapters 100.

6,112,855

15

As is described, the engine of the vehicle 160 will be operated, and as a result transmission fluid will flow from the transmission via conduit 18, to the machine 24 via hose 84a, through the machine 24, back to the transmission cooler 16 via hose 84b, and then back to the transmission via a conduit 20 (which is not visible in FIG. 2). Other possible connections to the conduits 18 and 20 are possible. Some technicians may choose to connect into the external fluid circulation loop 22 at places adjacent to the transmission itself (e.g., this may be the case when the technician chooses to service the automobile 160 while it is on a lift—making access to the underside of the vehicle most convenient). Thus, after the machine 24 is interconnected with the transmission, the service of this transmission is carried out as outlined above and as further explained below.

Preferably, the transmission will already be at operating temperature, or is brought to operating temperature. The transmission is next operated for about 20 minutes while circulating a cleaning material in the transmission fluid. This may be accomplished on a chassis roller stand allowing the vehicle drive wheels to rotate as the technician shifts through various gears to insure that the cleaning material in the transmission ATF is circulated through all parts and mechanisms of the transmission. During this process, transmission fluid will circulate both in internal loop 22 (which is opened by attachment of machine 24 at connection 160a) and in external fluid circulation loop 26. As soon as this cleaning process is completed, the technician initiates withdrawal of the old transmission fluid and addition of new fluid by starting pump 64, providing the necessary operator input at control 82, observing the outflow rate at flow meter 30, and matching the inflow rate at meter 74 by manipulation of control valve 72.

Again, the transmission is operated in different gears to insure that the old fluid is removed from the various mechanisms of the transmission, including the torque converter. As was pointed out above, over 94 percent of the old transmission fluid will be replaced by new fluid in this way. The technician may observe the color and turbidity of fluid entering the waste container 56 in order to assess when a sufficient quantity of the old fluid has been displaced by new fluid. As the old fluid is discharged from the transmission, dirt, contaminants, wear particles, varnishes, and sludge removed from the mechanism of the transmission by the present cleaner will also be carried to waste container 56.

A particular advantage of the present invention results from the small number of hoses 84a and 84b, the small number of intermediate hoses 90a–90d, and the small, easily handled complementary pairs of adapters 100 which can be used, and which allow the machine 24 to be used to service the transmission of a wide variety of vehicles. In comparison with the conventional transmission machines using a plurality of hoses, many having permanently secured adapters and fittings (some conventional machines require as many as 20 to 30 hoses, or more), the present service machine 24 in comparison reduces initial investment, saves storage space, reduces maintenance requirements for the machine, and allows a simplified and much more convenient and flexible connection of the machine 24 to a wide variety of vehicles. In other words, rather than having to determine or figure out how to use the correct ones of 20 or more hoses and adapters conventionally utilized, a technician using the present transmission service machine need only select and use two of four intermediate hoses, and the appropriate two of the complementary pairs of adapters 100.

While the present invention has been depicted, described, and is defined by reference to a single particularly preferred

16

embodiment of the invention, such reference does not imply a limitation on the invention, and no such limitation is to be inferred. The invention is capable of considerable modification, alteration, and equivalents in form and function, as will occur to those ordinarily skilled in the pertinent arts. The depicted and described preferred embodiment of the invention is exemplary only, and is not exhaustive of the scope of the invention. Consequently, the invention is intended to be limited only by the spirit and scope of the appended claims, giving full cognizance to equivalents in all respects.

What is claimed is:

1. A machine for service of an automatic transmission while the transmission is in an automotive vehicle, and which vehicle has an external circulation loop for circulation of transmission fluid external to the transmission, the external circulation loop having a vehicle coupling therein with two complementary parts coupled in fluid flow connection with one another to complete the external circulation loop, said machine being effective for use in interrupting the external circulation loop at the vehicle coupling where these complementary coupling parts are disconnected from one another, and to effect exchange of used transmission fluid from the transmission which used transmission fluid is received by said machine via one of the two complementary parts of the vehicle coupling and is replaced with new fluid supplied by said machine from a supply of new transmission fluid via the other of the two complementary parts of the vehicle coupling, said machine comprising:

a first fluid flow conduit adapted for connection to one of the complementary parts of the vehicle coupling and conducting used transmission fluid from the transmission to a waste container while the complementary parts of the vehicle coupling are uncoupled from one another, and a second fluid flow conduit adapted for connection to the other of the complementary parts of the vehicle coupling and conducting new transmission fluid from a source thereof into the transmission while the complementary parts of the vehicle coupling are uncoupled from one another;

said first fluid flow conduit and said second fluid flow conduit each including a respective one of a pair of elongate primary hoses, each one of said pair of primary hoses including at a distal end thereof a respective one of a pair of substantially identical first-disconnect coupling portions;

said first fluid flow conduit and said second fluid flow conduit each also including a respective one of an intermediate pair of hoses each one including at a proximal end thereof one of a respective pair of substantially identical second quick-disconnect coupling portions complementary to and interconnected with one of said pair of first quick-connect coupling portions, and at a distal end thereof each one of said intermediate pair of hoses having a respective one of a pair of substantially identical additional quick-disconnect coupling portions; and

a pair of adapters each one having a substantially identical first end portion complementary to and sealingly engaged with one of said pair of additional quick-disconnect coupling portions, and a second end portion providing one of a pair of complementary termination features; which complementary termination features are adapted to be complementary to one another and are also adapted to be complementary each to a respective one of the one part and the other part of the vehicle coupling;

6,112,855

**17**

whereby said pair of adapters from a fluid flow connection both between said first conduit and said second conduit and also between opposite sides of the external fluid circulation loop of the vehicle coupling at disconnected parts of the vehicle coupling.

2. The machine of claim 1 wherein said machine includes four intermediate hoses each having a length, and any two of which may be selected to make said intermediate pair of hoses, said four intermediate hoses including a first pair of intermediate hoses each of which has said additional quick-disconnect coupling portion arranged in alignment with the length of said respective intermediate hose, and another pair of intermediate hoses each of which has a selected one of said second quick disconnect coupling portion and said additional quick-disconnect coupling portion arranged substantially perpendicularly to the length dimension of said respective intermediate hose.

3. The machine of claim 1 wherein said second end portions of said pair of adapters are complementary to one another.

4. The machine of claim 1 further including a set of plural adapters from which said pair of adapters is selected, said set of plural adapters including plural pairs of complementary adapters, each pair of which provides a differing complementary pair of second end portions.

5. A transmission cleaning machine for servicing an automotive automatic transmission while the transmission is in an automotive vehicle, and which automatic transmission and automotive vehicle includes an external transmission fluid circulation loop including a vehicle coupling with two complementary parts in fluid flow communication with one another, said transmission cleaning machine comprising:

a container for holding a supply of new automatic transmission fluid;

a first conduit and a second conduit for respectively receiving old automatic transmission fluid from the transmission and for delivering new automatic transmission fluid to the transmission via disconnected complementary parts of the vehicle coupling;

a pump receiving new automatic fluid from said container and supplying the new automatic transmission fluid pressurized via said second conduit to the external automatic transmission fluid circulation loop;

said machine further including a set of adapters adapted to be connected respectively with said first and said second conduits in fluid flow connection with the external fluid circulation loop at respective disconnected parts of the vehicle coupling, said set of adapters including plural pairs of adapters in which the individual adapters of each pair are complementary to one another, and one pair of said plural pairs of adapters is also complementary to and is adapted to be connected in fluid flow connection with the two complementary vehicle coupling parts;

whereby, the two complementary parts of the vehicle coupling are disengaged from one another to open the external fluid circulation loop, and said one pair of adapters is selected from among said plural pairs of adapters and is utilized to interconnect with the two parts of the vehicle coupling so that each individual adapter of the one pair of adapters connects one of said first conduit and said second conduit with a respective one of the two vehicle coupling parts.

6. The machine of claim 5 wherein said machine includes four intermediate hoses each having a length dimension, and any two of which may be selected to make said intermediate

**18**

pair of hoses, said four intermediate hoses including a first pair of intermediate hoses each of which has said additional quick-disconnect coupling portion arranged in alignment with the length dimension of said respective intermediate hose, and another pair of intermediate hoses each of which has said additional quick-disconnect coupling portion arranged substantially perpendicularly to the length dimension of said respective intermediate hose.

7. A method of changing old transmission fluid out of an automotive automatic transmission on an exchange basis for new fluid simultaneously introduced to the transmission as old fluid is discharged therefrom while the transmission is installed in an automotive vehicle, the automatic transmission having an external fluid circulation loop including a vehicle coupling with two complementary parts in fluid flow connection with one another, said method comprising steps of:

providing a machine having a conduit for conducting automatic transmission fluid from the external circulation loop to a waste receptacle;

providing a supply of new transmission fluid;

providing a pair of elongate primary hoses, opening the fluid circulation loop at the vehicle coupling by disconnecting the two complementary parts of the vehicle coupling, and connecting a respective one of said primary hoses each to a respective one side of the opened fluid circulation loop at a respective disconnected one of the two complementary parts of the vehicle coupling;

defining a respective portion of said first conduit and of said conduit each at respective distal ends thereof by use of a respective pair of substantially identical first quick-disconnected coupling portions;

providing an intermediate pair of hoses each one including at a proximal end thereof one of a pair of substantially identical second quick-disconnect coupling portions complementary to said first quick-disconnect coupling portions and connecting in fluid flow connection with said first quick-disconnect coupling portions, and at a distal end thereof each having a respective one of pair substantially identical additional quick-disconnect coupling portions; and

supplying a pair of adapters each having a substantially identical first end portion complementary to and sealingly engaged with one of said pair of additional quick-disconnect coupling portions, and also having a second end portion adapted to provide a termination feature complementary to and connecting in fluid flow connection to a respective one of the disconnected parts of the vehicle coupling of the external fluid circulation loop of the vehicle.

8. The method of claim 7 further including the step of:

providing a set of adapters each for use with differing vehicles for connecting the machine at said first and said second conduits in fluid flow communication with external fluid circulation loops of the respective vehicles at respective parts of a coupling thereof, said set of adapters including plural pairs of adapters in which the individual adapters of each pair are complementary to one another.

9. The method of claim 8 including the step of providing one pair of adapters which at said end termination portion is complementary to a hose.

10. The method of claim 8 including the step of providing one pair of adapters at said end termination portion is complementary to a pipe thread.

6,112,855

## 19

11. The method of claim 8 including the step of providing one pair of adapters at said end termination portion is complementary to a flare tube fitting.

12. The method of claim 8 including the step of providing one pair of adapters at said end termination portion is complementary to an O-ring fitting.

13. The method of claim 8 including the step of providing one pair of adapters at said end termination portion is complementary to a reversed flare tube fitting.

14. In combination, a machine for service of an automatic transmission in an automotive vehicle, which vehicle has an external circulation loop for transmission fluid, the loop having a vehicle coupling therein with two complementary parts connecting in fluid flow connection, and a set of plural pairs of adapters for interfacing said machine with each of the two complementary parts of the vehicle coupling when the parts of the vehicle coupling are disconnected from one another; said machine and a selected one pair of said plural pairs of adapters being affective for use in interrupting the external fluid flow loop by disconnection of the complementary adapters of the selected one pair of adapters, and to effect exchange of used transmission fluid from the transmission with new fluid from a supply thereof, said machine comprising:

a first fluid flow conduit for conducting used transmission fluid from the transmission via one of the complementary parts of the vehicle coupling and one of the selected one pair of adapters to a waste container, and a second fluid flow conduit for conduit for conducting new transmission fluid from a source thereof via the other of the complementary parts of the vehicle coupling and the other of the selected one pair of adapters into the transmission;

a pair of elongate primary hoses, each one of said pair of primary hoses defining a portion of a respective one of said first conduit and of said second conduit, each one of said pair of primary hoses including at a distal end thereof a respective one of a pair of substantially identical fir quick-disconnect coupling portions;

an intermediate pair of hoses, each one of said intermediate pair of hoses including at a proximal end thereof one of a respective pair of substantially identical second quick-disconnect coupling portions complementary to said first quick-disconnect coupling portions, and at a distal end thereof each one of said intermediate pair of hoses having a respective one of a pair of substantially identical additional quick-disconnect coupling portions; and

said plural pairs of adapters each having a substantially identical first end portion complementary to and seal-

## 20

ingly engageable with one of said pair of additional quick-disconnect coupling portions, and a second end portion adapted to be complementary both to each other and also each being adapted to be complementary to and connecting in fluid flow connection to one part of the vehicle coupling.

15. The combination of claim 14 wherein one pair of said plural pairs of adapters includes end termination portions which are complementary to a hose.

16. The combination of claim 14 wherein one pair of said plural pairs of adapters includes end termination portions which are complementary to a pipe thread.

17. The combination of claim 14 wherein one pair of said plural pairs of adapters includes end termination portions which are complementary to a flare tube fitting.

18. The combination of claim 14 wherein one pair of said plural pairs of adapters includes end termination portions which are complementary to an O-ring fitting.

19. The combination of claim 14 wherein one pair of said plural pairs of adapters includes end termination portions which are complementary to a reversed flare tube fitting.

20. A set of adapters for use to connect a transmission service machine and any one of a multitude of differing vehicles each having an automatic transmission to be serviced by use of the machine, the one vehicle having a fluid circulation loop in which transmission fluid flows during operation of the vehicle, and the fluid circulation loop including at least one vehicle coupling, each at least one vehicle coupling including two complementary vehicle coupling parts; and set of adapters comprising:

plural pairs of adapters, each adapter part of a pair being adapted for connecting the transmission service machine in fluid flow connection with respective complementary parts of a vehicle coupling when the two complementary parts of the vehicle coupling are disconnected from one another; each pair of said plural pairs of adapters including two adapter parts, each adapter part at a respective first end termination portion being complementary to the other adapter part of the pair and to one part of the disconnected vehicle coupling, and each adapter part of also including a second and termination portion, which second end termination portion is substantially similar to respective individual second end termination portions of each adapter part of said plural pairs end portions of adapters, and said second end termination portion being configured to connect in fluid flow connection with a quick-disconnect coupling.

* * * * *

EX. 2 PG. 39

**EXHIBIT 3**

# EXHIBIT 3

US006073638A

# United States Patent [19]

## Sasaki et al.

[11] **Patent Number:** **6,073,638**

[45] **Date of Patent:** **Jun. 13, 2000**

[54] **METHOD AND APPARATUS FOR CLEANING AN AUTOMOTIVE ENGINE**

[75] Inventors: **Mark Sasaki**, Lomita; **Robert C. Richardson**, Yorba Linda; **Michael Joseph Camacho**, Rancho Cucamonga, all of Calif.

[73] Assignee: **Wynn Oil Company**, Azusa, Calif.

[21] Appl. No.: **09/360,713**

[22] Filed: **Jul. 26, 1999**

### Related U.S. Application Data

[63] Continuation of application No. 08/976,889, Nov. 24, 1997, Pat. No. 5,970,994.

[51] Int. Cl.⁷ .................................. **B08B 3/04; B08B 9/00**
[52] U.S. Cl. ......................... **134/22.18**; 134/36; 134/39; 134/102.2; 134/169 A
[58] Field of Search .............................. 134/102.1, 102.2, 134/169 A, 22.18, 36, 39; 123/198 A

[56] **References Cited**

### U.S. PATENT DOCUMENTS

| | | |
|---|---|---|
| 1,801,946 | 4/1931 | Bastian . |
| 1,874,970 | 8/1932 | Hall . |
| 2,366,969 | 1/1945 | Kiggins ............................ 134/102.1 X |
| 2,679,851 | 6/1954 | Schira et al. ........................ 134/102.1 |
| 3,180,759 | 4/1965 | Falk .................. 134/102.1 X |
| 4,191,332 | 3/1980 | De Langis et al. . |
| 4,573,639 | 3/1986 | Logue . |
| 4,694,802 | 9/1987 | Lowi, Jr. ...................... 123/198 A X |
| 4,800,848 | 1/1989 | Hubbard ......................... 123/198 A X |
| 4,989,561 | 2/1991 | Hein et al. . |
| 5,054,688 | 10/1991 | Gridley . |
| 5,257,604 | 11/1993 | Vataru et al. . |
| 5,401,324 | 3/1995 | Huddas ............................ 134/22.18 X |
| 5,474,098 | 12/1995 | Grigorian et al. .................. 134/169 A |

*Primary Examiner*—Philip R. Coe
*Attorney, Agent, or Firm*—Terry L. Miller

[57] **ABSTRACT**

An apparatus and method for cleaning the intake system of an internal combustion engine, such as an automobile engine, employs intake manifold vacuum of the running engine to ingest and atomize a liquid cleaner using a bleed of ambient air. Atomizing of the liquid cleaner provides better dispersion of the cleaner to surfaces of the intake system of the engine, and prevents puddling of the liquid in low spots of the intake system.

**9 Claims, 2 Drawing Sheets**



**U.S. Patent**          Jun. 13, 2000          Sheet 1 of 2          **6,073,638**

_Fig. 1._



_Fig. 2._



EX. **3** PG. **41**



_FIG. 3._

_FIG. 4._

_FIG. 5._

EX. __3__ PG. __42__

6,073,638

<table>
<tr><td>1</td><td>2</td></tr>
</table>

## METHOD AND APPARATUS FOR CLEANING AN AUTOMOTIVE ENGINE

### RELATED APPLICATIONS

This application is a divisional of U.S. patent application Ser. No. 08/976,889 filed Nov. 24, 1997, and now U.S. Pat. No. 5,970,994.

### BACKGROUND OF THE INVENTION

1. Field of the Invention

The present invention is in the field of method and apparatus for cleaning internal structures and components of an automotive engine. More particularly, the present apparatus relates to a method and apparatus for cleaning the intake system, including the intake plenum, runners, and ports; and intake valves and combustion chambers of an automotive engine while the engine is assembled and running.

2. Related Technology

The cleaning of carburetors, intake systems, intake valves and combustion chambers of assembled automotive engines (i.e., without requiring disassembly of the engine) has been an objective for mechanics and the operators of automobiles almost from the beginning of the automobile itself. Carburetor cleaning spray aerosol products are very common, and are generally dispensed into the air intake of a carburetor on an engine while the engine is running. These products provide a spray of the cleaning liquid, which the user generally directs to the most soiled areas of the carburetor while applying the spray into the running engine. With products of this nature, the combination of a relatively slow rate of introduction of the liquid cleaner, and the structures of the carburetor itself against which the spray is directed (tending to break up the spray into droplets), generally prevent the accumulation of liquid in the intake system of the engine.

Other engine cleaning products of this nature have been developed in recent years which are introduced into the intake system of an automotive engine while it is running, and which are introduced via a vacuum fitting of the engine, for example. These products are generally supplied in liquid non-aerosol form, and are introduced into the running engine in liquid form using engine vacuum to draw the product into the engine. These newer products are generally more effective at cleaning an engine than the older conventional and aerosol products, but also have a problem in that distribution of the cleaning product among the several intake runners, intake ports, intake valves and combustion chambers of a multi-cylinder engine is not uniform. In other words, some of the cylinders of an engine cleaned in this way may receive an excess of the cleaning product, while other cylinders of the engine receive less of the cleaner, or virtually none at all. Understandably, an engine will not be cleaned satisfactorily if a liquid cleaner product is not distributed with a substantial degree of uniformity within the intake system and among the cylinders of the engine.

Further, a problem with some automotive engines is that the cleaner is introduced at a rate sufficient in some cases to cause liquid puddling in the intake systems of the engines. Generally, these engine cleaning products are introduced in liquid form by engine intake manifold vacuum, which draws the liquid from a dispensing container via a connecting hose or conduit. A metering orifice may be disposed in the liquid flow path to limit the rate at which the cleaning liquid is drawn into the engine by engine vacuum. Moreover, in most

engine designs these newer cleaning products cause no problem because the cleaner is broken up into droplets, and is drawn into the combustion chambers of the engine without accumulating to any large extent. However, some engine designs, for example, those with an intake manifold floor or plenum floor which at least in part is lower than the intake valves of the engine can experience difficulty with such engine cleaner products. That is, a persistent problem with some designs of automobile engines when such products are used has been the puddling of cleaning liquid in the intake manifold of the engine. In other words, some engine designs are such that the intake manifold offers low areas or recesses where significant quantities of cleaning liquid can accumulate even though the liquid is introduced while the engine is running.

Further, the air flow in the intake system of an engine while idling or at a speed slightly above idle (which is ordinarily the case while the cleaner is being introduced) is generally not sufficient to either move the puddled liquid to a combustion chamber, or to vaporize the liquid. This problem may be worsened if the engine is not properly warmed up prior to use of the cleaner. In such cases, the intake manifold is cool, and the liquid cleaner is not as readily vaporized.

In cases resulting in puddling of the cleaning liquid in the intake manifold of an engine, subsequent racing of the engine or moving of the automobile, for example can result in liquid from the puddle being sloshed or drawn by engine air flow into one or more of the combustion chambers of the engine while it is running. In such an event, if a quantity of liquid cleaner is drawn into a combustion chamber and is sufficient to completely fill the clearance volume of the chamber, hydraulic locking of the engine results. That is, serious damage to the engine can result when a piston of the running engine approaches the engine head and is blocked by a quantity of essentially incompressible liquid. Operation of the running engine is then brought suddenly to a stop, with possible internal damage to the engine.

In view of the above, it would be desirable to provide a method and apparatus for introducing a liquid cleaner into the intake system of an automotive engine while it is running, and while reducing or eliminating the possibility for the liquid leaner to puddle in the intake system of the engine.

### SUMMARY OF THE INVENTION

In view of the above, it is an object of this invention to provide a method and apparatus for introducing a liquid cleaner into the intake system of a running engine, and which reduces or eliminates the possibility for the liquid cleaner to puddle in the engine.

Further, an object of this invention is to provide such a method and apparatus which introduces a liquid cleaner into the intake system of an engine at a controlled rate.

Still another object for this invention is to provide a method and apparatus of introducing a liquid cleaner into a running engine, and which uses the intake manifold vacuum of the running engine to draw in the liquid cleaner.

Yet another object for this invention is to provide such a method and apparatus, in which ambient air is ingested along with a liquid cleaning material, and the ambient air is utilized to atomize the liquid and provide an atomized "fog" of the cleaning liquid to a running automotive engine.

Accordingly, one aspect of the present invention provides an apparatus for cleaning the intake system of an automotive internal combustion engine providing intake manifold

6,073,638

**3**

vacuum when operating. This apparatus comprises: a source of liquid cleaner to be introduced into the intake system of the engine; a conduit extending between said source and said engine to convey said liquid cleaner; an aspirator communicating between said conduit and intake manifold vacuum of said engine for atomizing said liquid cleaner and introducing said atomized liquid cleaner into said intake system, said aspirator including an ambient air intake port aspirating ambient air and mixing said ambient air with said liquid cleaner to atomize the latter.

Another aspect of the present invention provides a method for cleaning the intake system of an automotive internal combustion engine utilizing ambient air bleed and intake manifold vacuum of the operating engine to ingest a liquid cleaner in atomized form. This method comprises steps of: providing a source of liquid cleaner to be introduced into the intake system of the engine; and utilizing an aspirator communicating said liquid cleaner into said intake system to atomize said liquid cleaner while introducing said liquid cleaner into said intake system.

Additional objects and advantages of the present invention will appear from a reading of the following description of a single exemplary embodiment of the invention taken in conjunction with the appended drawing Figures, in which like reference numerals indicate the same feature throughout the drawing Figures, or indicate features which are analogous in structure or function.

### BRIEF DESCRIPTION OF THE DRAWINGS FIGURES

FIG. 1 is a pictorial representation of an automotive vehicle, and the engine of this vehicle;

FIG. 2 is a fragmentary illustration of a part of the engine of the vehicle seen in FIG. 1, and shows this engine being cleaned using a method and apparatus embodying the present invention;

FIG. 3 provides a fragmentary view, partially in cross section, of an intake manifold of the engine seen in FIGS. 1 and 2, which intake manifold defines a portion of the intake system for this engine, and which is being cleaned using the method and apparatus of the present invention; and

FIGS. 4 and 5 respectively are an enlarged fragmentary and cross sectional views of a portion of the engine cleaning apparatus seen in FIGS. 2–4.

### DETAILED DESCRIPTION OF AN EXEMPLARY PREFERRED EMBODIMENT OF THE INVENTION

Viewing first FIG. 1, an automotive vehicle 10 is seen having an engine 12. In this case, the automotive vehicle 10 is an automobile, although it is to be understood that the invention is not limited to use on automobiles. For example, the invention may be used to clean the engine of a truck, a vans, or even of a boat. Further, it is to be understood that the invention is not limited to cleaning engines of automotive vehicles. For example, a stationary engine (such as the engine of a motor-generator set) may be cleaned using the present invention. Further, an engine which is not stationary, but which is also not a propulsion engine for an automotive vehicle may be cleaned using the present invention. For example, many industrial air compressors which are portable (such as may be used at a construction site) have internal combustion engines, and these engines may be cleaned using the present invention. Accordingly, it is to be understood that a wide variety of internal combustion

**4**

engines may be cleaned by use of the present invention. The only requirement is that the engine develop an intake manifold vacuum while it is running at or slightly above idle speed. Thus, the invention is not used to clean a diesel engine. However, even engines which are turbo-charged, for example, and which may operate with a supra-ambient intake manifold pressure under load at speeds above idle, may be cleaned using the present invention. Such is the case because 'turbo-charged engines operate with a manifold vacuum at idle and at speeds somewhat above idle when the engine is not under load.

Considering now the illustration of FIG. 2, the engine 12 is seen to have a throttle body 14 admitting air to an intake manifold 16, conducting the air to intake ports (not shown) formed within a head 18 of the engine 12. The throttle body 14, and passages 20 defined internally of the intake manifold, along with the intake ports of the engine head 18 are cooperatively referred to generally as the intake system 12a of the engine 12. Within the head 18 it will be understood that the engine 12 includes intake poppet valves (not shown) which controllably open and close the intake ports. This aspect of the structure and operation of the engine 12 will be well understood to those ordinarily skilled in the pertinent arts. Viewing now FIGS. 2–4 in conjunction with one another, it is seen that the intake system of the engine 12 is being cleaned (while the engine is running at or preferably slightly above idle speed) by use of a cleaning apparatus 22. The cleaning apparatus 22 includes a container 24, which in this case takes the form of a can 24a with a threaded neck 26 defining an opening 26a. As depicted in the drawing Figures, the cap 28 which closed the opening 26a during shipping of the can 24a has been removed. Threaded into place on the neck 26 in place of cap 28 is a dispenser assembly 30. This dispenser assembly 30 includes a suction tube 32 extending downwardly into a liquid cleaning material 34 (i.e., the "cleaner") to terminate at a lower end 36 adjacent bottom of the can 24a, and there having an opening 38. The dispenser assembly 30 also includes an outwardly disposed hose barb 40 communicating with the suction tube 32, and to which a proximal end portion 42a of an elongate flexible conduit (or hose) 42 is attached. The dispenser assembly 30 also defines an air bleed opening 44 admitting ambient air to the container 24. Thus, as is depicted by arrows 46, ambient air exerts a pressure force on the liquid cleaner 34 in container 24.

At its distal end portion 42b, the hose 42 is connected to an aspirator fitting, generally indicated with the numeral 48. In the illustrated case, the aspirator fitting 48 is connected to a PCV valve (i.e., positive crankcase ventilation) hose 50, which has been temporarily disconnected to allow the engine 12 to be cleaned. Those ordinarily skilled in the pertinent arts will understand that the fitting 48 need not be installed into access with the intake system 12a via a PCV hose. Any convenient and accessible fitting or connection of sufficient size which opens into the intake system 12a so as to have intake manifold vacuum during operation of the engine 12 will be acceptable for this purpose.

As is seen in FIGS. 2–5, during operation of the engine 12, the aspirator fitting 48 provides a mist or "fog" (indicated with arrowed numeral 52) of the liquid cleaner 34. As is easily understood, this mist or fog 52 is easily and effectively moved along the intake system 12a into the combustion chambers (not shown) of the engine 12, so that very little or none of the liquid cleaner 34 puddles in the intake system 12a regardless of its shape, configuration, or the presence of low areas in this intake system 12a. Moreover, the liquid cleaner 34 is not introduced as a liquid

6,073,638

5

stream, or even as coarse droplets, into the intake system 12a, but is instead efficiently "fogged" into the engine to substantially eliminate the puddling problem explained above. Consequently, the risk of hydraulic lock of engine 12 because of a mass of liquid cleaner 34 being drawn at once into a combustion chamber of the engine 12 is substantially eliminated. Further, it is believed that the "fogging" of the cleaner 34 into the intake system 12a of the engine 12 will result in a more effective distribution of the cleaner 34 to the surfaces of this system, as well as to the surfaces of the intake valves and combustion chambers of the engine 12.

In order to provide the fogging function for cleaner 34 as discussed above, the aspirator fitting 48 includes a body 54 which along a forward exterior portion 56 thereof defines a stepped or alternatively conical and cylindrical surface, generally indicated with the numeral 58. The surface 58 thus provides a wide variety of diameters which may be connected conveniently to a fitting or hose leading into the intake system 12a of the engine 12. A rear portion 60 of the body 54 defines a hose barb feature 60a, to which the hose 42 connects. Extending lengthwise through the body 54 is a central bore 62. Preferably, this bore 62 is of a size to control the rate of introduction of liquid cleaner 34 under the intake manifold vacuum existing in engine 12 during operation at idle speed or at a speed slightly above idle speed. Most preferably, the through bore 62 is 0.037 inches in diameter. Intermediate of the portions 56 and 60, the body 54 also defines an air intake section, indicated with numeral 64.

Preferably, the air intake section 64 is cylindrical, with a circumferential groove 66. From the groove 66 a lateral air intake bore 68 extends to the through bore 62. The bores 62 and 68 have an intersection indicated by arrowed numeral 68a. Preferably, this intersection 68a is one with coincident centerlines and at a perpendicular angle. However, the invention is not so limited. For example, an angulation of the bore 62 toward or against the direction of flow of liquid cleaner 34 to engine 12 may assist in atomizing this cleaner. Similarly, the bore 68 may be arranged to intersect with bore 62 somewhat in a tangential direction so that a swirl is introduced into the liquid cleaner and air which together flow from the intersection 68a toward the engine 12 within the fitting 48. The size of the bore 68 is most preferably 0.041 inches in diameter.

The size of this bore 68 is important for a number of reasons. First, the size of bore 68 is important because it influences the amount of engine vacuum communicated to the container 24, thus affecting the rate at which cleaner 34 is drawn from this container into the engine 12. Further, the size of bore 68 affects the amount of ambient air drawn into the engine 12 via the fitting 48, and thus affects the degree to which the speed of the engine 10 is elevated above idle speed by virtue of this air bleed (and without an adjustment of the idle speed control screw of the engine or control of throttle position by a person at the driver's controls of the car 10). Further, the combination of the rate of feed of liquid 34 from container 24 and the rate of intake of ambient air via bore 68 is affected by the sizes of these two bores, thus affecting the atomizing of the liquid 34 effected by the aspirator fitting 48.

In order to protect the fitting 48 against ingestion of grit and dirt which may be present in the environment around the engine 10, the body 54 is fitted with a collar 70 of mesh or filter material.

In use of the cleaning apparatus 22, a user opens a container 24a of the cleaner 34 by removing the cap 28, and replace the cap with the dispenser assembly 30. The hose 42

6

from the dispenser assembly 30 connects with the fitting 48, and this fitting is associated with the engine 10 so that it communicates with intake manifold vacuum when the engine 10 is running. As explained above, one way in which this connection may be effected is to temporarily disconnect the PCV valve hose of the engine 12, and connect the fitting 48 into this hose. The fitting 48 is thus inserted into a PCV hose or other connection to intake manifold vacuum and receives manifold vacuum at the through bore 62 when the engine 10 is started. After this preparation, the user starts the engine 10, and the intake manifold vacuum is communicated both to container 24a and to the ambient air bleed bore 68. As explained above, liquid from container 24a is drawn from container 24a via dispenser assembly 30 and hose 42, and along bore 62 to the intersection 68a. Downstream of the intersection 68a (that is leftwardly, viewing FIG. 4), the liquid cleaner 34 and ambient air drawn in via bore 68 form an aerosol liquid and air together. As this aerosol is admitted into the intake manifold of engine 12, a fog or mist of liquid 34 is formed, as noted above. The additional ambient air admitted to the intake manifold 16 via fitting 48 assists in insuring that the operational speed of the engine 12 during the cleaning operation is about 1500 RPM (i.e., slightly above normal idle speed for most automotive engines). The user who is conducting the cleaning operation may find it necessary to make a temporary adjustment to an idle speed control screw of the throttle body 14, or to simply apply a slight movement to the throttle pedal of the vehicle 10 during the cleaning operation. Consequently, the cleaning liquid 34 is fogged or misted into the manifold 26 of the engine 12, and the interior surfaces of this manifold, the intake valves, and combustion chambers of the engine are cleaned and de-carbonized.

An advantage of the present invention is dramatically illustrated by a comparison of the amount of liquid cleaner which may be recovered from the intake manifold of a vehicle which is particularly susceptible to puddling. In tests of such a vehicle a conventional metering orifice apparatus was used to feed in 473 ml. of a liquid cleaner 34. Immediately after the feeding in of this liquid cleaner, the engine was stopped, and the intake manifold was inspected for puddled liquid. Test results varied from about 300 ml. to as much as 350 ml. of liquid was recovered from the intake manifold. Most automotive sized engines will be hydraulically locked by about 100 ml. of liquid if this liquid is drawn into a combustion chamber of the engine.

In contrast, with the same vehicle and same amount of liquid cleaner (i.e., 473 ml.), the inventive apparatus and method here described resulted in only 20–40 ml. of recovered liquid when the engine speed was kept in the 1500–2000 RPM range during the cleaning process. As can be readily be seen, the inventive apparatus and method eliminated the possibility for the vehicle engine to be damaged by hydraulic locking. Further, as mentioned above, it is believed that the dispersal of the cleaner liquid 34, and the effectiveness of the cleaning process performed, is improved by the "fogging" of the cleaner by the present method and apparatus. Thus, it is seen to be an advantage to use the present method and apparatus for all cars, even those which have no tendency to accumulate a puddle of liquid cleaner in their intake system.

While the present method and apparatus has been depicted, described, is defined by reference to one particularly preferred exemplary embodiment of the invention, the invention is not so limited. The invention is capable of considerable modification and variation, which may occur to those ordinarily skilled in the pertinent arts. For example, it

6,073,638

7

will appear that other and differing apparatus may be used to disperse, fog, or atomize the liquid cleaner 34 so as to provide for its introduction into the intake system of an automotive engine using ambient air and engine vacuum to achieve this result. A small carburetor apparatus which is temporarily communicated with the intake manifold of the vehicle being serviced might suffice for this purpose.

What is claimed is:

1. A service method for cleaning the intake system of an automotive internal combustion engine temporarily utilizing ambient air bleed and intake manifold vacuum of the operating engine to temporarily ingest a liquid cleaner in atomized form during said service, said method comprising steps of:

provided a source of liquid cleaner to be introduced into the intake system of the engine temporarily during said service;

temporarily utilizing an aspirator communicating said liquid cleaner into said intake system to atomize said liquid cleaner while introducing said liquid cleaner into said intake system during said service; and

completing said service by removing said source of liquid cleaner and also removing said aspirator from communication into said intake system.

2. The method of claim 1 further including the steps of providing said aspirator with a bore of determined diameter, and flowing liquid cleaner along said bore of determined diameter to said intake system while utilizing said bore of determined diameter to define a metering orifice for said liquid cleaner.

3. The method of claim 2 further including the steps of providing said aspirator with an ambient air intake bore of certain diameter, utilizing said ambient air intake bore to define an opening to ambient at which said ambient air intake port is defined, and utilizing said ambient air intake bore of certain diameter to define a metering orifice for ambient air flow into said intake system via said aspirator while said engine is in operation.

4. A service method of atomizing a liquid engine cleaner into an intake system of a running internal combustion engine which is not producing usable power but does produce an intake manifold vacuum in said intake system, said service method comprising steps of:

using said intake manifold vacuum to ingest ambient air along a first flow path into said intake system;

using said intake manifold vacuum to ingest said liquid engine cleaner along a second flow path into said intake system while said engine operates substantially at a fast-idle speed;

intersecting said first and said second flow paths to mix said ambient air and said liquid engine cleaner before introduction into said intake system;

flowing said mixed ambient air and liquid cleaner together toward said intake system; and

using the mixing of said ambient air and said liquid engine cleaner to atomize the latter into a fine, substantially

8

non-precipitating fog upon introduction together into said intake system; and

discontinuing ingestion of ambient air and said liquid engine cleaner before returning said internal combustion engine to power-producing use.

5. A method of substantially preventing puddling of liquid engine cleaner in the intake manifold of an internal combustion engine during a temporary service procedure to clean said intake manifold, said method comprising steps of:

providing a source of liquid engine cleaner to be introduced into the intake manifold of the engine while said engine is substantially at a fast-idle speed and is not producing usable power; and

utilizing an aspirator communicating both said liquid engine cleaner and ambient air into said intake manifold to atomize said liquid cleaner while introducing said liquid engine cleaner into said intake manifold as an atomized substantially non-precipitating mist.

6. The method of claim 5 further including the steps of forming said aspirator with a body having a through bore of determined diameter, flowing said liquid engine cleaner from said source to said intake manifold along said through bore, and utilizing said through bore of determined diameter to define a metering orifice for said liquid engine cleaner.

7. The method of claim 6 further including the steps of providing said aspirator body with an ambient air intake bore of certain diameter, utilizing said ambient air intake bore to define an opening to ambient, defining at said opening to ambient an ambient air intake port, and utilizing said ambient air intake port to define a metering orifice for ambient air flow into said intake manifold via said aspirator.

8. The method of claim 7 further including the steps of providing said aspirator body with an end portion of tapering outer diameter, and defining at said end portion of tapering outer diameter a plurality of gradated substantially cylindrical diameter sections spaced along a length of said aspirator body.

9. A service method for cleaning the intake system of an automotive internal combustion engine while the engine is operating at a fast-idle speed, is providing intake manifold vacuum, and is not producing usable power, said method comprising steps of:

providing a source of liquid cleaner to be temporarily introduced into the intake system of the engine during said service;

providing an aspirator and communicating said liquid cleaner and ambient air via this aspirator into said intake system while simultaneously atomizing said liquid cleaner into a substantially non-precipitating fog;

continuing said service for the duration of time sufficient that a selected quantity of liquid cleaner is ingested by said engine, and

completing said service by removing said source of liquid cleaner and also removing said aspirator from communication into said intake system.

*  *  *  *  *

ORIGINAL

JS 44 (Rev. 12/07)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

## I. (a) PLAINTIFFS

ILLINOIS TOOL WORKS INC., DBA WYNN'S, a Delaware corporation

## DEFENDANTS

MOC PRODUCTS COMPANY, INC., a California corporation

**FILED**
09 AUG 28 PH 3:18
CLERK, US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

(b) County of Residence of First Listed Plaintiff  Cook, Ils
(EXCEPT IN U.S. PLAINTIFF CASES)

County of Residence of First Listed Defendant  Los Angeles
(IN U.S. PLAINTIFF CASES ONLY)

NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE LAND INVOLVED.

(c) Attorney's (Firm Name, Address, and Telephone Number)
Thomas Whitelaw & Tyler LLP, 18101 Von Karman Avenue, Suite 230, Irvine, CA 92612. Telephone number (949) 679-6400.

Attorneys (If Known)

**'09 CV 1887    MMA JMA**

## II. BASIS OF JURISDICTION (Place an "X" in One Box Only)

☐ 1 U.S. Government Plaintiff
☒ 3 Federal Question (U.S. Government Not a Party)
☐ 2 U.S. Government Defendant
☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES (Place an "X" in One Box for Plaintiff and One Box for Defendant)
(For Diversity Cases Only)

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT (Place an "X" in One Box Only)

| CONTRACT | TORTS | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reapportionment |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 620 Other Food & Drug | ☐ 423 Withdrawal 28 USC 157 | ☐ 410 Antitrust |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | ☐ 625 Drug Related Seizure of Property 21 USC 881 |  | ☐ 430 Banks and Banking |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander | ☐ 630 Liquor Laws | **PROPERTY RIGHTS** | ☐ 450 Commerce |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Federal Employers' Liability | ☐ 640 R.R. & Truck | ☐ 820 Copyrights | ☐ 460 Deportation |
| ☐ 151 Medicare Act | ☐ 340 Marine | ☐ 650 Airline Regs. | ☒ 830 Patent | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans) | ☐ 345 Marine Product Liability | ☐ 660 Occupational Safety/Health | ☐ 840 Trademark | ☐ 480 Consumer Credit |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 350 Motor Vehicle | ☐ 690 Other | **LABOR** | ☐ 490 Cable/Sat TV |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle Product Liability | | ☐ 710 Fair Labor Standards Act | ☐ 810 Selective Service |
| ☐ 190 Other Contract | ☐ 360 Other Personal Injury | **PERSONAL PROPERTY** | ☐ 720 Labor/Mgmt. Relations | ☐ 850 Securities/Commodities/Exchange |
| ☐ 195 Contract Product Liability | | ☐ 370 Other Fraud | ☐ 730 Labor/Mgmt.Reporting & Disclosure Act | ☐ 875 Customer Challenge 12 USC 3410 |
| ☐ 196 Franchise | **PERSONAL INJURY** | ☐ 371 Truth in Lending | | |
| **REAL PROPERTY** | ☐ 362 Personal Injury - Med. Malpractice | ☐ 380 Other Personal Property Damage | ☐ 740 Railway Labor Act | ☐ 890 Other Statutory Actions |
| ☐ 210 Land Condemnation | ☐ 365 Personal Injury - Product Liability | ☐ 385 Property Damage Product Liability | **SOCIAL SECURITY** | ☐ 891 Agricultural Acts |
| ☐ 220 Foreclosure | ☐ 368 Asbestos Personal Injury Product Liability | | ☐ 861 HIA (1395ff) | ☐ 892 Economic Stabilization Act |
| ☐ 230 Rent Lease & Ejectment | | | ☐ 862 Black Lung (923) | ☐ 893 Environmental Matters |
| ☐ 240 Torts to Land | **CIVIL RIGHTS** | **PRISONER PETITIONS** | ☐ 863 DIWC/DIWW (405(g)) | ☐ 894 Energy Allocation Act |
| ☐ 245 Tort Product Liability | ☐ 441 Voting | ☐ 510 Motions to Vacate Sentence | ☐ 864 SSID Title XVI | ☐ 895 Freedom of Information Act |
| ☐ 290 All Other Real Property | ☐ 442 Employment | **Habeas Corpus:** | ☐ 865 RSI (405(g)) | ☐ 900 Appeal of Fee Determination Under Equal Access to Justice |
| | ☐ 443 Housing/ Accommodations | ☐ 530 General | **FEDERAL TAX SUITS** | |
| | ☐ 444 Welfare | ☐ 535 Death Penalty | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | |
| | ☐ 445 Amer. w/Disabilities - Employment | ☐ 540 Mandamus & Other | ☐ 871 IRS—Third Party 26 USC 7609 | ☐ 950 Constitutionality of State Statutes |
| | ☐ 446 Amer. w/Disabilities - Other | ☐ 550 Civil Rights | | |
| | ☐ 440 Other Civil Rights | ☐ 555 Prison Condition | | |
| | | **IMMIGRATION** | | |
| | | ☐ 462 Naturalization Application | | |
| | | ☐ 463 Habeas Corpus - Alien Detainee | | |
| | | ☐ 465 Other Immigration Actions | | |

## V. ORIGIN (Place an "X" in One Box Only)

☒ 1 Original Proceeding
☐ 2 Removed from State Court
☐ 3 Remanded from Appellate Court
☐ 4 Reinstated or Reopened
☐ 5 Transferred from another district (specify)
☐ 6 Multidistrict Litigation
☐ 7 Appeal to District Judge from Magistrate Judgment

## VI. CAUSE OF ACTION

Cite the U.S. Civil Statute under which you are filing (Do not cite jurisdictional statutes unless diversity):
35 U.S.C. §§ 1 et seq.

Brief description of cause:
Infringement of U.S. Patent Nos. 5,806,629, 6,112,855, and 6,073,638

## VII. REQUESTED IN COMPLAINT:

☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23
**DEMAND $** money damages and injunction

CHECK YES only if demanded in complaint:
JURY DEMAND: ☒ Yes  ☐ No

## VIII. RELATED CASE(S) IF ANY

(See instructions):
JUDGE  Anthony J. Battaglia
DOCKET NUMBER  09-cv-996 JLS (AJB)

DATE  08/28/2009

SIGNATURE OF ATTORNEY OF RECORD
Joseph E. Thomas

FOR OFFICE USE ONLY

RECEIPT #  4460    AMOUNT  350,    APPLYING IFP    JUDGE    MAG. JUDGE

8/28/09

CP

```
Court Name: USDC California Southern
Division: 3
Receipt Number: CAS004668
Cashier ID: sramirez
Transaction Date: 08/28/2009
Payer Name: THOMAS WITELAW LLP
----------------------------------
CIVIL FILING FEE
 For: ILLINOIS TOOL WORKS V. MOC PRO
 Case/Party: D-CAS-3-09-CV-001887-001
 Amount:        $350.00
----------------------------------
CHECK
 Check/Money Order Num: 9313
 Amt Tendered:  $350.00
----------------------------------
Total Due:      $350.00
Total Tendered: $350.00
Change Amt:      $0.00


 There will be a fee of $45.00
 charged for any returned check.
```